**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

**02/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Edward**<br>First name | <br>First name |
| | | **Kane**<br>Middle name | <br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Moffly, Jr.**<br>Last name and Suffix (Sr., Jr., II, III) | <br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Edward K. Moffly**<br>**Edward Kane Moffly**<br>**Edward Moffly**<br>**Ted Moffly** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8827** | |

Debtor 1    **Moffly, Edward Kane Jr.**                                           Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EIN

□ I have not used any business name or EINs.

Business name(s)

EIN

**5. Where you live**

**185 SW 7th St**
**Apt 3301**
**Miami, FL 33130-2982**
Number, Street, City, State & ZIP Code

**Miami-Dade**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**185 SW 7th St**
**Apt 3301**
**Miami, FL 33130-2982**
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

□ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☑ Yes.

| Debtor | **Manuel Ernesto Iglesias** | | Relationship to you | **Business Associate** |
|---|---|---|---|---|
| District | **Southern District** | When **6/17/22** | Case number, if known | **22-14742-LMI** |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ☐ No.    Go to line 12.
- ☑ Yes.    Has your landlord obtained an eviction judgment against you?
  - ☑    No. Go to line 12.
  - ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number *(if known)*_____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Moffly, Edward Kane Jr.**                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Edward Kane Moffly Jr.

**Edward Kane Moffly, Jr.**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **July 1, 2022**                    Executed on
MM / DD / YYYY                                MM / DD / YYYY

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Ronald G. Neiwirth**                                    Date    **July  1, 2022**
Signature of Attorney for Debtor                                          MM / DD / YYYY

**Ronald G. Neiwirth**
Printed name

**Lubell Rosen Ft. Lauderdale**
Firm name

**200 S Andrews Ave Fl 9**
**Fort Lauderdale, FL 33301-1864**
Number, Street, City, State & ZIP Code

Contact phone    **(305) 655-3425**            Email address    **rgn@lubellrosen.com**

**152175**
Bar number & State

---

Certificate Number: 16199-FLS-CC-036656149



16199-FLS-CC-036656149

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 1, 2022, at 4:57 o'clock PM EDT, Edward Kane Moffly received from CC Advising, Inc. , an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    July 1, 2022                          By:      /s/Evaline Mutuku

                                               Name:    Evaline Mutuku

                                               Title:   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

**United States Bankruptcy Court**
**Southern District of Florida, Miami Division**

IN RE:                                                                 Case No. _____

**Moffly, Edward Kane Jr.**_____ Chapter **7**_____
                                                     Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **July  1, 2022**_____        Signature: ***/s/ Edward Kane Moffly Jr.***_____
                                                     **Edward Kane Moffly Jr.**
                                                                                                   Debtor


Date: _____        Signature: _____
                                                                                          Joint Debtor, if any

Software Copyright (c) 2022 CINGroup - www.cincompass.com

2209021 Ontario Inc.
c/o Blank Rome LLP,
1201 N Market St Ste 800
Wilmington, DE  19801-1807


53rd Ave East Medical Center PA
4908 64th Dr W
Bradenton, FL  34210-4051


Accountemps
c/o Robert Half, Att: Karen Lima,
PO Box 5024
San Ramon, CA  94583-5024


Adaptive Healthcare Solutions LLC
3875 Roland Hayes Pkwy SW
Calhoun, GA  30701-7501


Adler Office Associates, LLC
PO Box 865295
Orlando, FL  32886-5295


ADT Security Services Inc.
PO Box 371878
Pittsburgh, PA  15250-7878


Advisory Trust Group as Trustee Hygea
c/o Robert Elgidely, Esq. Fox Rothschile
2 S Biscayne Blvd Ste 2750
Miami, FL  33131-1833

AES Credit
PO Box 61047
Harrisburg, PA  17106-1047


Aetna Inc.
c/o Aaron McCollough,
77 W Wacker Dr Ste 4100
Chicago, IL  60601-1683


AFLAC
Remittance Processing Svcs.,
1932 Wynnton Rd
Columbus, GA  31999-0001


Akerman, LLP
98 SE 7th St Ste 110
Miami, FL  33131-3522


Alan M. Schwartz
1742 NW 124th Way
Coral Springs, FL  33071-7888


Alberto Marrero Arias
8461 Johnson St
Pembroke Pines, FL  33024-6603


Aldrich Cardiovascular Institute
6310 Health Pkwy Ste 330
Lakewood Ranch, FL  34202

Alex Moffly
3626 Van Ness St NW
Washington, DC  20008-3129


Alexander Tirado
150 NW 168th St Ste 301
North Miami Beach, FL  33169-6051


All Care Management Services, Inc.
c/o Hygea Holdings
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Allertech Laboratories Inc.
c/o Levey Law Firm PA,
1688 Meridian Ave Ste 900
Miami Beach, FL  33139-2712


Alleus Health Ltd. DBA Alleus Health
400 Poydras St Ste 1165
New Orleans, LA  70130-3336


Amir and Faye Fahmy
c/o M. Seese PA
101 NE 3rd Ave Ste 1270
Fort Lauderdale, FL  33301-1111


Amir Fahmy MD, PA
3400 Burns Rd Ste 101
Palm Beach Gardens, FL  33410-4352

AmTrust North America Inc. OBO Technolog
c/o Maurice Wutscher LLP,
23611 Chagrin Blvd Ste 207
Beachwood, OH  44122-5540


Anda, Inc.
2915 Weston Rd
Weston, FL  33331-3627


Anda, Inc.
c/o Shariberg Landau & Page PA,
2385 NW Executive Center Dr Ste 300
Boca Raton, FL  33431-8530


Archive America Limited
3455 NW 54th St
Miami, FL  33142-3309


Aria Moffly
401 Redlands St
Playa del Rey, CA  90293-8035


Arlene E. Richards, MD PA
499 NW 70th Ave Ste 220
Plantation, FL  33317-7573


Arthur J. Gallagher Risk Management Svcs
Remittance Processing Svcs.
39683 Treasury Ctr
Chicago, IL  60694-9600

```
AT&T
PO Box 5019
Carol Stream, IL  60197-5019


Ballard Spahr LLP
1735 Market St Fl 51
Philadelphia, PA  19103-7507


Ballard Spahr LLP
1980 Festival Plaza Dr Ste 900
Las Vegas, NV  89135-2958


Barry Smith MD, PC
11 Willow Lake Dr
Warner Robins, GA  31093-8523


Beedie Investments Ltd.
At: Ori Katz & Jordan Hamburger,
4 Embarcadero Ctr Fl 17
San Francisco, CA  94111-4106


Biomed Medical Compliance
16657 Deer Path Ln
Loxahatchee, FL  33470-5014


Blalock & Walters, PA
802 11th St W
Bradenton, FL  34205-7734
```

Bridging Finance Inc.
 77 King St West  2925
 Toronto Ontario Canada,


Brinks Home Security
PO Box 814530
Dallas, TX  75381-4530


Broad & Cassell
Nelson Mullin Riley & Scarburough
2 S Biscayne Blvd Ste 2100
Miami, FL  33131-1811


Bruce Romanello
7941 Waterton Ln
Lakewood Ranch, FL  34202-2146


Capital City Consulting, LLC
101 E College Ave Ste 502
Tallahassee, FL  32301-7742


Capital Office Products
210 Fentress Blvd
Daytona Beach, FL  32114-1231


Cardinal Health 414 LLC
Att: Erin Gapinski,
7000 Cardinal Pl
Dublin, OH  43017-1091

Cardiology Consultants of W. Broward PA
c/o Frank Weinberg & Black PL,
1875 NW Corporate Blvd Ste 100
Boca Raton, FL  33431-8550


Carl Rosenkratz, MD
4458 Woodfield Blvd
Boca Raton, FL  33434-5310


CEA Atlantic Advisors, LLC
101 E Kennedy Blvd Ste 3300
Tampa, FL  33602-5151


Centurion Financial Trust
c/o Blank Rome LLP,
1201 N Market St Ste 800
Wilmington, DE  19801-1807


Chaker Dahan, MD
6833 Valhalla Way
Windermere, FL  34786-5627


Change Healthcare
PO Box 572490
Murray, UT  84157-2490


Chrysler Capital
PO Box 961275
Ft Worth, TX  76161-0275

Claudia Pena
7937 NW 10th St
Plantation, FL  33322-5149


Claudio F. Arellano
14590 SW 30th St
Miami, FL  33175-6627


Clear Capital Advisors LLC
1801 Century Park E Ste 450
Los Angeles, CA  90067-2306


Clifton Larson Allen LLP
220 S 6th St Ste 300
Minneapolis, MN  55402-1418


Clifton Larson Allen LLP
210 Fentress Blvd
Daytona Beach, FL  32114-1231


Coffey Burlington, PL
2601 S Bayshore Dr Ph
Miami, FL  33133-5417


Comcast
PO Box 71211
Charlotte, NC  28272-1211

```
Connexus Credit Union
PO Box 8026
Wausau, WI  54402-8026


Cormack Securities Ltd.
Bay Street
Toronto Ontario 1800 PO Box 63
Toronto Canada,      M5J 2-J2


Coverall of South Florida, Inc.
13850 SW 143rd Ct
Miami, FL  33186-6120


Ct Solutions, Inc.
PO Box 117024
Atlanta, GA  30368-7024


Cypress Real Estate Investments LLC
c/o Fox Swibel Levin & Carroll,
200 W Madison St Ste 3000
Chicago, IL  60606-3417


Dan K. Miller
1360 Trowbridge Rd
Bloomfield Hills, MI  48304-2947


Daniel T. McGowan
34 Hammock Beach Cir S
Palm Coast, FL  32137-3385
```

David Hernandez
185 SW 7th St Apt 3301
Miami, FL  33130-2982


David Zirulnikoff
19355 Turnberry Way Apt 16L
Aventura, FL  33180-2534


De Lage Landen Financial Services
c/o RPRSC, George Zinkler III,
101 NE 3rd Ave Ste 1800
Fort Lauderdale, FL  33301-1252


Denarii Systems
2601 S Bayshore Dr
Miami, FL  33133-5417


Denis Kleinfeld
801 NE 167th St Ste 306
North Miami Beach, FL  33162-3729


DLL Group
1111 Old Eagle School Rd
Wayne, PA  19087-1453


Dorsey & Whitney LLP
50 S 6th St Ste 1500
Minneapolis, MN  55402-1498

```
Dr. Irwin & Valerie Solomon
c/o Lavin Law Group PA,
2670 NE 215th St
Miami, FL  33180-1127


Dr. Valerie Solomon
101 E Kennedy Blvd Ste 3300
Tampa, FL  33602-5151


Dubbin & Kravetz, LLP
1200 Anastasia Ave Ste 300
Coral Gables, FL  33134-6364


Eclinicalworks, LLC
PO Box 847950
Boston, MA  02284-7950


Electromed Solutions, LLC
1534 Sir Henrys Trl
Lakeland, FL  33809-5040


Elite Recreational Finance
701 Enterprise Rd E Ste 203
Safety Harbor, FL  34695-5303


Enrique Cadena
2601 S Bayshore Dr
Miami, FL  33133-5417
```

Epifania Colon Burgos
c/o Thomas C. Allison PA
180 N Park Ave # 2A
Winter Park, FL  32789-7401


Erica R. Williams
2441 Walker Cir
Sarasota, FL  34234-7447


Ernesto Izquierdo
280 Wekiva Springs Rd Ste 1000
Longwood, FL  32779-6098


Ernst and Patricia Kasper
3214 Lakeshore Dr # Driver
Florence, SC  29501-8263


Estate of Charles Lee Baston
c/o Thomas C. Allison, Esquire
180 N Park Ave Ste 2A
Winter Park, FL  32789-7401


Estate of Howard Sussman, MD
13157 Majestic Way
Fort Lauderdale, FL  33330-2658


Evan Moffly
26 Seneca St
Trumansburg, NY  14886-9177

Ewal B.  Persaud Jr.
1455 Spring Rd SE Apt 204
Smyrna, GA  30080-3773


Ewaul Barrington Persuad
1455 Spring Rd SE Apt 204
Smyrna, GA  30080-3773


Fifth Third Bank
200 E Las Olas Blvd Ste 1200
Fort Lauderdale, FL  33301-2491


Financial Pacific Leasing Inc.
3455 S 344th Way Ste 300
Federal Way, WA  98001-9546


First Harbour Health Management LLC
7320 Delainey Ct
Sarasota, FL  34240-8445


First Harbour Medical Centers, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


First Insurance Funding Corp.
PO Box 7000
Carol Stream, IL  60197-7000

Fischer Family Trust
595 Oak Commons Blvd Ste B
Kissimmee, FL  34741-4211


Fleming PLLC
PO Box 332
Point Lookout, NY  11569-0332


Florida Blue
PO Box 660299
Dallas, TX  75266-0299


Florida Department of Financial Services
1715 N West Shore Blvd Ste 320
Tampa, FL  33607-3931


Florida Department of Revenue
PO Box 8045
Tallahassee, FL  32314-8045


Florida Group Healthcare, LLC
c/o Hygea Holdings
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Florida Hospital Physician Network, LLC
101 Southhall Ln Ste 150
Maitland, FL  32751-7497

Florida Institute of Health, Ltd. LLLP
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


FPL
Att: Bankruptcy Dept.
4200 W Flagler St
Miami, FL  33134-1606


Francis Kelly
c/o Masako Watanabe Kelly
2660 Peachtree Rd NW Apt 27G
Atlanta, GA  30305-3680


Franz Rakusa
c/o Cole, Scott &Kissane PA,
9150 S Dadeland Blvd Ste 1400
Miami, FL  33156-7855


Frederick Miles Chaleff, MD
c/o Frank Weinberg & Black PL,
1875 NW Corporate Blvd Ste 100
Boca Raton, FL  33431-8550


Freedom Health Inc.
c/o Michael Cooley,
2501 N Harwood St Ste 1700
Dallas, TX  75201-1663

Gabriel Perez
c/o RPRSC, George Zinkler III,
101 NE 3rd Ave Ste 1800
Fort Lauderdale, FL  33301-1252


Gabriel Perez & Frank Rakusa
c/o CSK Legal, Cody German,
9150 S Dadeland Blvd Ste 1400
Miami, FL  33156-7855


Gemini Healthcare Fund, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


GEMRT CPA
2600 S Douglas Rd Ste 800
Coral Gables, FL  33134-6149


Genesis Research International LLC
9100 NW 36th St Ste 110
Doral, FL  33178-2432


George R. Levie CPA PA
1792 Bell Tower Ln
Weston, FL  33326-3682


Georgia Department of Revenue
Att: Bankruptcy/ARCS,
1800 Century Blvd NE Ste 9100
Atlanta, GA  30345-3202

```
Glen Marrichi
370 Belle Foret Dr
Lake Bluff, IL  60044-1237


Gordon Systems
5310 Candlewick Ct
Riverside, CA  92506-1520


Gray Robinson Law Firm
301 E Pine St Ste 1400
Orlando, FL  32801-2741


Great America Financial Services Corp
PO Box 609
Cedar Rapids, IA  52406-0609


Great America Financial Services Corp
Att: Peggy Upton,
625 1st St SE Ste 800
Cedar Rapids, IA  52401-2031


Great America Financial Services Corp
2884 Sand Hill Rd Ste 200
Menlo Park, CA  94025-7072


Greenberg Traurig PA
200 Park Ave
New York, NY  10166-0005
```

Gustavo Camargo, MD
c/o Kissimmee Medical Specialties PA,
701 E Oak St Ste A
Kissimmee, FL  34744-4575


Halos Systems LLC
7316 Delainey Ct
Sarasota, FL  34240-8445


Harvey Birdman
1930 Harrison St # 5204
Hollywood, FL  33020-7824


HBST Enterprises, Inc.
637 Gazetta Way
West Palm Beach, FL  33413-1055


Healthexcel, Ltd.
20801 Biscayne Blvd Ste 456
Miami, FL  33180-1430


Healthfusion
3525 Piedmont Rd NE Bldg 6
Atlanta, GA  30305-1578


Hilaire Louis Fernandes, MD
c/o Cardioligy Consultants of W. Broward
201 NW 82nd Ave Ste 405
Plantation, FL  33324-1883

Hines VAF II Doral, LP
499 Park Ave Fl 12
New York, NY  10022-1240


HTA Camp Creek, LLC
16435 N Scottsdale Rd Ste 320
Scottsdale, AZ  85254-1694


Humana Care Plan
Att: Compbenefits Co.
PO Box 531724
Atlanta, GA  30353-1724


Humana Inc. et al
c/o Fox Swibel Levin & Carroll,
200 W Madison St Ste 3000
Chicago, IL  60606-3417


HYG LLC
c/o David Gay,
100 SE 2nd St Ste 4200
Miami, FL  33131-2113


Hygea Acquisitions Longwood, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Hygea Holdings Corp.
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695

Hygea IGP of Central Florida, Inc.
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Hygea IGP, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Hygea Medical Centers of Florida, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Hygea Medical Partners LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Hygea of Delaware, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Hygea of Georgia, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Hygea of Pembroke Pines, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695

Hygea Primum Acquisitions, Inc.
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Hygea South Florida Inc
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Ihealthcare, Inc
555 NE 15th St Fl 9
Miami, FL  33132-1451


INPHYNET S. Broward, LLC
3501 Johnson St
Hollywood, FL  33021-5421


Integrated Healthcare Resources Ltd.
350 Jericho Tpke Ste 3
Jericho, NY  11753-1317


International City Building LLC
2627 NE 203rd St Ste 202
Aventura, FL  33180-1946


IPFS Corporation
PO Box 730223
Dallas, TX  75373-0223

```
IRS
PO Box 7346
Philadelphia, PA  19101-7346


IRS
8511 S Sam Houston Pkwy E Ste 200
Houston, TX  77075-4874


IRS
324 25th St
Ogden, UT  84401-2310


IT Professional Business Solutions LLC
8787 NW 180th Ter
Hialeah, FL  33018-6502


Ivette Cardona Ruelle
7824 Lake Underhill Rd Ste B
Orlando, FL  32822-8201


J.L. Quality Companies of Florida
PO Box 2437
Goldenrod, FL  32733-2437


Jack Mann
27 Birchwood Ln
Kings Point, NY  11024-1718
```

Jaime Costa
1521 Alton Rd Apt 214
Miami Beach, FL  33139-3301


Jerry Neugebaur
PO Box 326
Barker, TX  77413-0326


Joe Campanella
11346 Bedford Commons Dr Unit 101
Las Vegas, NV  89135-3310


Joel Matthew Jancko, MD
Cardiology Consultants of West Broward
201 NW 82nd Ave Ste 405
Plantation, FL  33324-1883


John Lindsay
3554 Bournemouth Ct
San Jose, CA  95136-1401


John Vincent Williams, MD
10081 Pines Blvd
Pembroke Pines, FL  33024-6184


Jose Alejandro Ruiz Polo
1191 Sorrento Dr
Weston, FL  33326-4553

Joseph Larue Richter MD
2007 W Reynolds St
Plant City, FL  33563-4743


Juan Arteaga
9959 Pines Blvd
Pembroke Pines, FL  33024-6177


Kaempfer Crowell Ltd.
1980 Festival Plaza Dr Ste 900
Las Vegas, NV  89135-2958


Kaplan Cottner
10091 Park Run Dr Ste 190
Las Vegas, NV  89145-8868


Katalyst FP LLP
c/o Jaspan Schlesinger LLP,
300 Garden City Plz Fl 5
Garden City, NY  11530-3333


Kathy Gingrich Lubbers
200 Ocean Lane Dr Apt 1108
Key Biscayne, FL  33149-1420


Kelly Law Firm PC
6075 Barfield Rd
Sandy Springs, GA  30328-4402

Kroll Discovery
8201 Greensboro Dr Ste 717
McLean, VA  22102-3818


Kyrenia Sanchez
150 NW 168th St Ste 301
North Miami Beach, FL  33169-6051


Laura Bronstein
1036 E Shore Dr
Ithaca, NY  14850-1028


Lawrence R. Klar, Jr
2836 Foxtail Creek Ave
Henderson, NV  89052-7107


Leistner Group LLC
Att: J. DePuy, Rue Du College 16, Sotten
Switzerland,


Lifestyle Marine
7601 E Treasure Dr
North Bay Village, FL  33141-4391


Louis A. Biasi
601 N Congress Ave Ste 113
Delray Beach, FL  33445-4626

Lucia Beltre
15231 SW 146th Ave
Miami, FL  33177-6821


Magalie Samson
8393 W Oakland Park Blvd
City of Sunrise, FL  33351-7307


Manasota Medical Management Consultants
4908 64th Dr W
Bradenton, FL  34210-4051


Manuel E. Iglesias
14811 NW 89th Ave
Miami Lakes, FL  33018-8012


Manuel E. Iglesias, P.A.
2600 S Douglas Rd Ste 800
Coral Gables, FL  33134-6149


Marc Sussman, CPA
12740 Countryside Ter
Cooper City, FL  33330-2739


Mario Medina
95 Merrick Way Ste 514
Coral Gables, FL  33134-5310

Marko & Magolnick PA
3001 SW 3rd Ave
Miami, FL  33129-2709


Martha Castillo
10801 SW 123rd St
Miami, FL  33176-4634


Maxwell Pharmacy Inc.
171 E 5th St
Brooklyn, NY  11218-1701


McGovern & Greene, LLP
200 W Jackson Blvd Ste 1300
Chicago, IL  60606-7902


MDM Worldwide Solutions
264 W 40th St Rm 604
New York, NY  10018-1858


Med Plan Clinic LLC
18 Lafayette Pl
Woodmere, NY  11598-2138


Med Plan Quality Care Centers LLC
18 Lafayette Pl
Woodmere, NY  11598-2138

Medical Arts Pharmacy of Sarasota LLC
4417 Bee Ridge Rd
Sarasota, FL  34233-2514


Medical Center of Winston Towers, Inc.
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Medical Services LLC
3120 W 84th St Unit 2
Hialeah, FL  33018-4905


Medlife Activity Center, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Medsol Partners LLC
3501 N Ocean Dr Ste 4
Hollywood, FL  33019-3813


Medtronic Inc
SLK
800 53rd Ave NE
Minneapolis, MN  55421-1241


Mega Holdings, Inc.
19355 Turnberry Way Apt 16L
Aventura, FL  33180-2534

```
Merz North America Inc.
6501 Six Forks Rd
Raleigh, NC  27615-6515


MEV Studios
100 S Biscayne Blvd Ste 300
Miami, FL  33131-2037


Miami Security Systems
PO Box 832272
Miami, FL  33283-2272


Michael E. Horowitz,  MD
10175 Collins Ave Apt 1203
Bal Harbour, FL  33154-1640


Microsoft
PO Box 842103
Dallas, TX  75284-2103


Mid Florida Adult Medicine LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Miguel Burgos, MD
c/o Thomas C. Allison, Esquire
180 N Park Ave Ste 2A
Winter Park, FL  32789-7401
```

Mike Segal
Nelson Mullins
2 S Biscayne Blvd Ste 21
Miami, FL  33131-1800


Miller Law Firm
950 W University Dr Ste 300
Rochester, MI  48307-1887


Milner, Inc.
PO Box 923197
Norcross, GA  30010-3197


Miriam Zapata
595 Oak Commons Blvd Ste A
Kissimmee, FL  34741-4211


MNP, LLP
330 5th Avenue SW, Suite 2000, Calgary,


Mobile Clinic Services, LLC
150 S Pine Island Rd Ste 200
Fort Lauderdale, FL  33324-2695


Moveo Technologies Corporation
95 Merrick Way Ste 514
Coral Gables, FL  33134-5310

Moveo, LLC
1200 Anastasia Ave Ste 225
Coral Gables, FL  33134-6364


MSP Recovery LLC
2701 S Le Jeune Rd
Coral Gables, FL  33134-5809


N5HYG, LLC
c/o David Gay,
100 SE 2nd St Ste 4200
Miami, FL  33131-2113


Natasha Williamson
770 Greison Trl
Newnan, GA  30263-6408


National Healthcare Brokers
12727 SW 116th St
Miami, FL  33186-4606


Nelson Mullins Riley & Scarborough
2 S Biscayne Blvd Ste 2100
Miami, FL  33131-1811


Neptune Beach Practice Management
Att: Diana Kelley,
9787 Sawgrass Dr E
Ponte Vedra Beach, FL  32082-3533

Nevada 5, Inc.
c/o David Gay,
100 SE 2nd St Ste 4200
Miami, FL  33131-2113


Nextgen Healthcare Inc.
PO Box 809390
Chicago, IL  60680-9390


Norcal Mutual Insurance Company
8511 S Sam Houston Pkwy E Ste 200
Houston, TX  77075-4874


Norman Gaylis MD, PA
179 Ocean Blvd
Golden Beach, FL  33160-2208


Norman Roder
302 Ridge Trail Dr
Chesterfield, MO  63017-3029


Orellano, LLC
6224 Ashfield Pl
Wesley Chapel, FL  33545-4362


Orlando Benitez, MD
280 Wekiva Springs Rd Ste 1000
Longwood, FL  32779-6098

Pablo Urbandt MD
Cardiology Consultants of West Broward
201 NW 82nd Ave Ste 405
Plantation, FL  33324-1883


Palm A. C. MSO, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Palm Allcare Medicaid MSO, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Palm Allcare MSO, Inc.
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Palm Medical Network, LLC
8700 W Flagler St Ste 280
Miami, FL  33174-2648


Palm MSO System, Inc.
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Palm PGA MSO, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695

Palm Square Center, LLC
701 Brickell Ave Ste 2040
Miami, FL  33131-2834


Palma Ceia Storage, Inc.
520 S Macdill Ave
Tampa, FL  33609-3039


Palmetto 103 Properties, LLC
9808 NW 80th Ave Unit 10A
Hialeah Gardens, FL  33016-2326


Pamela Reusch
c/o Melissa Hussey, Esquire
12955 Fennway Ridge Dr
Riverview, FL  33579-7181


Patagonia Global Trading LLC
c/o David Zirulnikoff
19355 Turnberry Way Apt 16L
Aventura, FL  33180-2534


Patricia Martindale, MD PA
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Patricia Weldon
13428 Maxella Ave Ste 415
Marina del Rey, CA  90292-5620

PEBB Enterprises LLC
7900 Glades Rd Ste 600
Boca Raton, FL   33434-4105


Pedrianes Holdings, LLC
6764 NW 182nd St Apt 104
Hialeah, FL  33015-7942


Pedro Pedrianes
6764 NW 182nd St Apt 104
Hialeah, FL   33015-7942


Perez & Rodriguez, PA
95 Merrick Way Ste 600
Coral Gables, FL   33134-5306


Perfectserve, Inc.
PO Box 841200
Dallas, TX   75284-1200


Pfizer
c/oStephen B. Gebeloff, Esq.
6971 N Federal Hwy Ste 300
Boca Raton, FL   33487-1649


Physician Hospital Alliance
10050 Innovation Dr Ste 240
Miamisburg, OH   45342-4935

Physician Management Associates SE, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Physicians Care Centers of Alanta, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Physicians Care Centers of Kissimmee LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Physicians Practice Management Assoc.
350 Jericho Tpke Ste 3LL
Jericho, NY  11753-1351


Pie in the Sky Promotional Products
3191 SW 173rd Ter
Miramar, FL  33029-5580


Pitney Bowes, Inc.
PO Box 371896
Pittsburgh, PA  15250-7896


Podhurst Orseck, PA
1 SE 3rd Ave Ste 2300
Miami, FL  33131-1716

Primum Healthcare, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Priority Healthcare Distribution Inc.
c/o Holland & Knight LLP,
31 W 52nd St Fl 12
New York, NY  10019-6118


Professional Health Choice, Inc.
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Provider Vision
5310 Candlewick Ct
Riverside, CA  92506-1520


Public Storage
155 S Goldenrod Rd
Orlando, FL  32807-8215


Pure Water Technology of Georgia, LLC
1650 Oakbrook Dr Ste 480
Norcross, GA  30093-1820


Quest Diagnostics
PO Box 530440
Atlanta, GA  30353-0440

Quill Corportion
PO Box 37600
Philadelphia, PA  19101-0600


Radey Law Firm
301 S Bronough St Ste 200
Tallahassee, FL  32301-1722


Radey Thomas Yon & Clark PA
301 S Bronough St Ste 200
Tallahassee, FL  32301-1722


Raul Tamayo
c/o Thomas C. Allison, Esquire
180 N Park Ave Ste 2A
Winter Park, FL  32789-7401


Ray Gonzalez
2766 NW 62nd St
Miami, FL  33147-7662


Rene Gonzalez
2766 NW 62nd St # Treet
Miami, FL  33147-7662


Reyes & Reyes MD, PA
c/o Groelle & Salmon PA,
1715 N West Shore Blvd Ste 320
Tampa, FL  33607-3931

Reyes & Reyes MD, PA
3700 Washington St # SUITE404
Hollywood, FL  33021-8256

RH Management Resources
1650 Oakbrook Dr Ste 480
Norcross, GA  30093-1820

Ricoh USA Inc.
70 Valley Stream Pkwy
Malvern, PA  19355-1407

Robert Half International Inc.
2884 Sand Hill Rd Ste 200
Menlo Park, CA  94025-7072

Robert Mehl
554 Badger Trl N
Ridgway, CO  81432-9616

Robert Montes
10201 SW 129th St
Miami, FL  33176-5641

Rodolfo Rodriguez
9250 NW 36th St Ste 420
Miami, FL  33178-2775

RREEF America LLC
c/o Holland & Knight LLP,
515 E Las Olas Blvd Ste 1200
Fort Lauderdale, FL  33301-4249


RREF III-P Doral Office, LP
c/o Holland & Knight LLP, Joaqin Alemany
701 Brickell Ave Ste 3300
Miami, FL  33131-2847


Rufus Joseph
1600 N State Road 7
Lauderhill, FL  33313-5853


Shady Salib, MD
c/o M. Seese PA
101 NE 3rd Ave Ste 1270
Fort Lauderdale, FL  33301-1111


Sheldon Staller MD
221 SW 101st Ave
Fort Lauderdale, FL  33324-2256


SHRED-IT
28883 Network Pl
Chicago, IL  60673-1288

Simply Healthcare Plans Inc.
c/o Michael Cooley,
2501 N Harwood St Ste 1700
Dallas, TX  75201-1663


Solomon & Solomon Medical Clinic, LLC
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


South Florida Pulmonary Care Inc.
c/o Ernesto Padron,
5733 NW 151st St
Miami Lakes, FL  33014-2481


Spectrum Business DBA Bright House Ntwk
PO Box 7195
Pasadena, CA  91109-7195


Sprint Wireless
6200 Sprint Pkwy
Overland Park, KS  66251-6117


Staff Care, Inc.
8840 Cypress Waters Blvd Ste 300
Coppell, TX  75019-4630


Stanton Keith Collins
20801 Biscayne Blvd Ste 456
Aventura, FL  33180-1430

Staples Business Advantage
Dept. ATL,
PO Box 405386
Atlanta, GA  30384-5386


Staples Business Advantage
7 Technology Cir
Columbia, SC  29203-9591


State of Florida - Dept. of Revenue
c/o Frederick F. Rudzik, Esq.
PO Box 6668
Tallahassee, FL  32314-6668


State of Florida - Dept. of Revenue
7937 NW 10th St
Plantation, FL  33322-5149


Stericycle, Inc.
Billing Dept.
PO Box 6582
Carol Stream, IL  60197-6582


Steven Feldman, MD
7351 W Oakland Park Blvd
Lauderhill, FL  33319-7107


Stoll Keenon Ogden PLLC
500 W Jefferson St Ste 2000
Louisville, KY  40202-2828

Strategic Management Services, LLC
5911 Kingstowne Village Pkwy Ste 300
Alexandria, VA  22315-4647


Sunmed Health Center Inc.
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Sussman Staller, MD PA
150 S Pine Island Rd Ste 200
Plantation, FL  33324-2695


Tabas & Soloff, PA
25 SE 2nd Ave Ste 248
Miami, FL  33131-1508


Taylors Pharmacy
Att: Mary Maxwell,
306 S Park Ave
Winter Park, FL  32789-4318


The Weinbach Group
7301 SW 57th Ct Ste 550
Miami, FL  33143-5334


Torys LLP
1114 Avenue of the Americas Fl 23
New York, NY  10036-7703

UHMC
1400 NW 12th Ave
Miami, FL  33136-1003


United Healthcare Insurance Co.
UHS Premium Billing,
PO Box 94017
Palatine, IL  60094-4017


United Healthcare Insurance Co.
Att: CDM/Bankruptcy,
185 Asylum St # 3B
Hartford, CT  06103-3408


United Medical Industries Corp.
8603 NW 66th St
Miami, FL  33166-2670


United Medical Ventures, LLC
404 E Oakland Park Blvd
Wilton Manors, FL  33334-2150


Unum Life Insurance Company of America
PO Box 409548
Atlanta, GA  30384-9548


US Health Exchange
9100 NW 36th St Ste 110
Doral, FL  33178-2432

USCB America
355 S Grand Ave Ste 3200
Los Angeles, CA  90071-1591


Vanessa Victorero
9250 NW 36th St Ste 420
Miami, FL  33178-2775


Ver Ploeg & Marino PA
9100 NW 36th St Ste 110
Doral, FL  33178-2432


Ver Ploeg & Marino PA
100 SE 2nd St Fl 30
Miami, FL  33131-2194


Vitalgenix Health & Wellness LLC
c/o Thomas Allison, Esq.
180 N Park Ave Ste 2A
Winter Park, FL  32789-7401


VRG Portfolio Holdings LLC
c/o Jerry Switzer Jr,
150 N Riverside Plz Ste 3000
Chicago, IL  60606-1599


Vstock Transfer LLC
18 Lafayette Pl
Woodmere, NY  11598-2138

W.B. Mason Co. Inc.
PO Box 981101
Boston, MA  02298-1101


WeirFoulds LLP
4100-66 Wellington St. W.  POB 35
Toronto Canada,      M5K 1-B7


Wellcare of Florida Inc.
c/o McGuire Woods LLP,
77 W Wacker Dr Ste 4100
Chicago, IL  60601-1683


Wellstar Atlanta Medical Center, Inc.
c/o Meadows & Ohly, LLC,
275 Scientific Dr Ste 1000
Peachtree Corners, GA  30092-3311


Wesoloski Carlson PA
Att: Erik Wesoloski, Esq.
848 Brickell Ave Ste 302
Miami, FL  33131-2915


William Steele
251 NW 23rd St
Miami, FL  33127-4315


William Steele Holdings LLC
251 NW 23rd St
Miami, FL  33127-4315

```
Withum, Smith & Brown PC
200 S Orange Ave Ste 1200
Orlando, FL  32801-3446
```