**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edward Kane Moffly, Jr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number | **22-15156-AJC** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:      Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.    **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $          7,500.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $          39,096.57 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................... | $          46,596.57 |

**Part 2:      Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          50,000.00 |
| 3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...* | $          4,826,145.03 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F...........................* | $          4,883,342.46 |
| **Your total liabilities** | $          9,759,487.49 |

**Part 3:      Summarize Your Income and Expenses**

| | |
|---|---|
| 4.    *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I.................................* | $          6,952.11 |
| 5.    *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J.......................................* | $          7,465.98 |

**Part 4:      Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C.§ 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)* **22-15156-AJC**

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11;**OR**, Form 122B Line 11;**OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| | |
|---|---|
| **Fill in this information to identify your case and this filing:** | |

Debtor 1    **Edward Kane Moffly, Jr.**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number   **22-15156-AJC**
_____

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**6277 Sea Harbor Dr**
_____
Street address, if available, or other description


**Orlando**          **FL**    **32821-8043**
_____
City              State      ZIP Code


_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
■ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?   **$7,500.00**

Current value of the portion you own?   **$7,500.00**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property**
(see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................................=>**

**$7,500.00**

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Moffly, Edward Kane Jr.** | Case number *(if known)* | 22-15156-AJC |
|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **BMW** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Model:

Year: **2011**

Approximate mileage: **160000**

Other information:

**X5 (Diesel)**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Current value of the entire property? **$4,687.00**

Current value of the portion you own? **$4,687.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **Hydrasport** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Model: **Runabout**

Year: **2011**

Other information:

**Outboard Boat**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Current value of the entire property? **$10,000.00**

Current value of the portion you own? **$10,000.00**

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................=> | **$14,687.00** |

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

| Bed, Couch, Dining Room Table, Kitchenware | $500.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| TV | $300.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes. Describe.....

| Miscellaneous Art | $500.00 |
|---|---|

| Debtor 1 | **Moffly, Edward Kane Jr.** | | Case number *(if known)* | **22-15156-AJC** |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes.  Describe.....

| Mandolin (Washburn) | $450.00 |
|---|---|
| Mandolin (Folkstyle) | $250.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes.  Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes.  Describe.....

| **Everday wear, Suits, shirts, pants, shoes and miscellaneous No Commercial Resale value** | $0.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ No
☐ Yes.  Describe.....

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................**

| $2,000.00 |
|---|

| **Part 4:** | Describe Your Financial Assets |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes.................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.......................

Institution name:

| 17.1. | **Checking Account** | Wells Fargo | $4,158.46 |
|---|---|---|---|
| 17.2. | **Checking Account** | Citibank | $110.11 |

| Debtor 1 | **Moffly, Edward Kane Jr.** | Case number *(if known)* | **22-15156-AJC** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☒ No
    ☐ Yes.  Give specific information about them...................
    Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☒ No
    ☐ Yes. List each account separately.
    Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ☒ Yes. ....................

| | Institution name or individual: | |
|---|---|---|
| **Security Deposit on Rental Unit** | **Ernst Kasper** | **$4,000.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1   **Moffly, Edward Kane Jr.**                                    Case number *(if known)*   **22-15156-AJC**

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    
    Company name:                            Beneficiary:                            Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................

| |
|---|
| **$8,268.57** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest In That You Did Not List Above

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number *(if known)*    **22-15156-AJC**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information..........

| | |
|---|---|
| BP Monitor / Blood Oxygen Monitor | $300.00 |

| | |
|---|---|
| Back Salary and taxes from Hygea Holdings et al; Anticipated dividend from Hygea<br>Chapter 11 Case - Hygea Health Holdings, Inc - Case Number #20-10362 Delaware Bktcy | $13,741.00 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    | $14,041.00 |

**Part 8:**    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...................................................................................................    $7,500.00

56. **Part 2: Total vehicles, line 5**                                            $14,687.00

57. **Part 3: Total personal and household items, line 15**                      $2,000.00

58. **Part 4: Total financial assets, line 36**                                  $8,268.57

59. **Part 5: Total business-related property, line 45**                         $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**                $0.00

61. **Part 7: Total other property not listed, line 54**                    +    $14,041.00

62. **Total personal property.** Add lines 56 through 61...    $38,996.57    Copy personal property total ⟶    $38,996.57

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    | $46,496.57 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edward Kane Moffly, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known) | **22-15156-AJC** |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **BMW**<br>**2011**<br>**160000**<br>Line from *Schedule A/B*: **3.1** | $4,687.00 | ■  $1,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(1)** |
| **BMW**<br>**2011**<br>**160000**<br>Line from *Schedule A/B*: **3.1** | $4,687.00 | ■  $1,300.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(4)** |
| **Mandolin (Washburn)**<br>Line from *Schedule A/B*: **9.1** | $450.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(4)** |
| **Mandolin (Folkstyle)**<br>Line from *Schedule A/B*: **9.2** | $250.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Fla. Stat. § 222.25(4)** |
| **Wells Fargo**<br>Line from *Schedule A/B*: **17.1** | $4,158.46 | ■  $1,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art X, § 4(a)(2)** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

3.  **Are you claiming a homestead exemption of more than $189,050?**
    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No

        ☐    Yes

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Edward Kane Moffly, Jr.** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION | | |
| Case number | **22-15156-AJC** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

| **2.1** | **Connexus Credit Union** | Describe the property that secures the claim: | **$50,000.00** | **$50,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | **2011 Hydrasport Runabout Outboard Boat** | | | |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**PO Box 8026**
**Wausau, WI 54402-8026**
Number, Street, City, State & Zip Code

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Boat Mortgage**

| Date debt was incurred | | Last 4 digits of account number | **9810** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$50,000.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$50,000.00** |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

# <u>Note to Schedules E and F</u>

Debtor was, for years, an officer and director of Hygea Health Holdings, Inc. ("Hygea"), along with more than 30 affiliated entities.  The considerable majority of the creditors listed are those of Hygea and its affiliates, who may attempt to assert personal claims against the Debtor.

Given the number of Hygea-affiliated entities, there is considerable overlap and duplication in the listed debts, as the same creditor may be listed to several different companies.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edward Kane Moffly, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number | **22-15156-AJC** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Florida Department of Financial Services** | Last 4 digits of account number ___ ___ ___ ___ | **unknown** | **$0.00** | **$0.00** |
| Priority Creditor's Name | When was the debt incurred? | | | |

**1715 N West Shore Blvd Ste 320
Tampa, FL 33607-3931**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number (If known)    **22-15156-AJC**

---

| 2.2 | **Florida Department of Revenue** | Last 4 digits of account number _____ | **unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**PO Box 8045**
**Tallahassee, FL 32314-8045**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.3 | **Georgia Department of Revenue** | Last 4 digits of account number _____ | **unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Att: Bankruptcy/ARCS,**
**1800 Century Blvd NE Ste 9100**
**Atlanta, GA 30345-3202**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.4 | **Georgia Department of Revenue** | Last 4 digits of account number _____ | **unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Att: Bankruptcy/ARCS,**
**1800 Century Blvd NE Ste 9100**
**Atlanta, GA 30345-3202**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**          Case number (if known)  **22-15156-AJC**

---

| 2.5 | **IRS** | | | | |
|---|---|---|---|---|---|

**IRS**
Priority Creditor's Name

Last 4 digits of account number _____   **$30,000.00**   **$30,000.00**   **$0.00**

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**IRC 6672 Hygea of Delaware**

---

| 2.6 | **IRS** | | | | |
|---|---|---|---|---|---|

**IRS**
Priority Creditor's Name

Last 4 digits of account number _____   **$15,000.00**   **$15,000.00**   **$0.00**

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**IRC 6672 Hygea Holdings Corp**

---

| 2.7 | **IRS** | | | | |
|---|---|---|---|---|---|

**IRS**
Priority Creditor's Name

$1,725,013.50   $1,725,013.50   $0.00
Last 4 digits of account number _____

When was the debt incurred? _____

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**IRC 6672 Hygea Health Holdings**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

| 2.8 | **IRS** | | |
|---|---|---|---|
| | Priority Creditor's Name | | |

Last 4 digits of account number _____    **$95,000.00**    **$95,000.00**    **$0.00**

When was the debt incurred? _____

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

**IRC 6672 First Harbour Health Management**

| 2.9 | **IRS** | | |
|---|---|---|---|
| | Priority Creditor's Name | | |

Last 4 digits of account number _____    **$11,213.52**    **$11,213.52**    **$0.00**

When was the debt incurred? _____

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

**IRC 6672 Florida Group Healthcare**

| 2.1 0 | **IRS** | | |
|---|---|---|---|
| | Priority Creditor's Name | | |

Last 4 digits of account number _____    **$15,000.00**    **$15,000.00**    **$0.00**

When was the debt incurred? _____

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

**IRC 6672 Hygea IGP of Central Florida**

Debtor 1 **Moffly, Edward Kane Jr.**

Case number (if known) **22-15156-AJC**

---

**2.1 / 1**

**IRS**
Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$85,000.00**     **$85,000.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**IRC 6672 Hygea of Georgia**

---

**2.1 / 2**

**IRS**
Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$172,888.20**     **$172,888.20**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**IRC 6672 MedLife Activity Center**

---

**2.1 / 3**

**IRS**
Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     **$30,000.00**     **$30,000.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**IRC 6672 Palm AC MSO**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1 **Moffly, Edward Kane Jr.**                     Case number (if known)   **22-15156-AJC**

| 2.1 4 | **IRS** | Last 4 digits of account number | | **$20,000.00** | **$20,000.00** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**IRC 6672 Palm Allcare Medicaid MSO**

---

| 2.1 5 | **IRS** | Last 4 digits of account number | | **$20,000.00** | **$20,000.00** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**IRC 6672 Palm Allcare MSO**

---

| 2.1 6 | **IRS** | Last 4 digits of account number | | **$45,000.00** | **$45,000.00** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**IRC 6672 Palm Medical Group**

Debtor 1  **Moffly, Edward Kane Jr.**                              Case number (if known)   **22-15156-AJC**

---

| 2.1 7 | **IRS** | Last 4 digits of account number | **$50,000.00** | **$50,000.00** | **$0.00** |

Priority Creditor's Name

**When was the debt incurred?**

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ■ Disputed

■ At least one of the debtors and another         **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**              ■ Taxes and certain other debts you owe the government

■ No                                             ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                            ☐ Other. Specify _____
                                                 **IRC 6672 Palm MSO System**

---

| 2.1 8 | **IRS** | Last 4 digits of account number | **$20,000.00** | **$20,000.00** | **$0.00** |

Priority Creditor's Name

**When was the debt incurred?**

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ■ Disputed

■ At least one of the debtors and another         **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**              ■ Taxes and certain other debts you owe the government

■ No                                             ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                            ☐ Other. Specify _____
                                                 **IRC 6672 Palm PGA MSO**

---

| 2.1 9 | **IRS** | Last 4 digits of account number | **$150,000.00** | **$150,000.00** | **$0.00** |

Priority Creditor's Name

**When was the debt incurred?**

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**            **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                  ☐ Contingent

☐ Debtor 2 only                                  ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                     ■ Disputed

■ At least one of the debtors and another         **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**              ■ Taxes and certain other debts you owe the government

■ No                                             ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                            ☐ Other. Specify _____
                                                 **IRC 6672 Physician Management Associates SE**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                              Case number (if known)    **22-15156-AJC**

---

| 2.2 0 | **IRS** | | Last 4 digits of account number | | **$80,133.24** | **$80,133.24** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**IRC 6672 Physicians Group Alliance**

---

| 2.2 1 | **IRS** | | Last 4 digits of account number | | **$15,000.00** | **$15,000.00** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**IRC 6672 Primum Alternatives Inc.**

---

| 2.2 2 | **IRS** | | Last 4 digits of account number | | **$41,548.14** | **$41,548.14** | **$0.00** |

Priority Creditor's Name

**8511 S Sam Houston Pkwy E Ste 200**
**Houston, TX 77075-4874**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**IRC 6672 Primum Healthcare LLC**

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 2.2 3 | **IRS** | | Last 4 digits of account number | | $130,676.74 | $130,676.74 | $0.00 |
|---|---|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred?

**324 25th St**
**Ogden, UT 84401-2310**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify          **IRC 6672 Professional Health Choice Inc**

---

| 2.2 4 | **IRS** | | Last 4 digits of account number | | $463,191.53 | $463,191.53 | $0.00 |
|---|---|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred?

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify          **IRC 6672 Harbour First Medical Centers**

---

| 2.2 5 | **IRS** | | Last 4 digits of account number | | $10,000.00 | $10,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred?

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify          **IRC 6672 Hygea of Delaware**

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 2.2 6 | **IRS** | | Last 4 digits of account number ____ | $285.15 | $285.15 | $0.00 |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**IRC 6672 Hygea Holdings Corp**

---

| 2.2 7 | **IRS** | | Last 4 digits of account number ____ | $326,190.27 | $326,190.27 | $0.00 |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**IRC 6672  Hygea Health Holdings**

---

| 2.2 8 | **IRS** | | Last 4 digits of account number ____ | $5,000.00 | $5,000.00 | $0.00 |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**IRC 6672 First Harbour Health Management**

---

Debtor 1  **Moffly, Edward Kane Jr.**                                        Case number (if known)    **22-15156-AJC**

---

| 2.29 | **IRS** | Last 4 digits of account number | | $938,593.42 | $938,593.42 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred?

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a  community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**IRC 6672 First Harbour Medical Centers**

---

| 2.30 | **IRS** | Last 4 digits of account number | | $17,307.49 | $17,307.49 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred?

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a  community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**IRC 6672 Gemini Healthcare Fund**

---

| 2.31 | **IRS** | Last 4 digits of account number | | $5,000.00 | $5,000.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred?

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Domestic support obligations

☐ **Check if this claim is for a  community debt**

■ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify

☐ Yes

**IRC 6672 Hygea IGP of Central Florida**

---

Debtor 1  **Moffly, Edward Kane Jr.**                              Case number (if known)    **22-15156-AJC**

| 2.3 2 | **IRS** | Last 4 digits of account number | | **$2,000.00** | **$2,000.00** | **$0.00** |

Priority Creditor's Name

**When was the debt incurred?**

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- [ ] Contingent
- [ ] Debtor 1 only
- [ ] Unliquidated
- [ ] Debtor 2 only
- [■] Disputed
- [ ] Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**
- [■] At least one of the debtors and another
- [ ] Domestic support obligations
- [ ] **Check if this claim is for a  community debt**
- [■] Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
- [ ] Claims for death or personal injury while you were intoxicated
- [■] No
- [ ] Other. Specify
- [ ] Yes

**IRC 6670 Hygea Medical Centers of Florida**

---

| 2.3 3 | **IRS** | Last 4 digits of account number | | **$5,000.00** | **$5,000.00** | **$0.00** |

Priority Creditor's Name

**When was the debt incurred?**

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- [ ] Contingent
- [ ] Debtor 1 only
- [ ] Unliquidated
- [ ] Debtor 2 only
- [■] Disputed
- [ ] Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**
- [■] At least one of the debtors and another
- [ ] Domestic support obligations
- [ ] **Check if this claim is for a  community debt**
- [■] Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
- [ ] Claims for death or personal injury while you were intoxicated
- [■] No
- [ ] Other. Specify
- [ ] Yes

**IRC 6672 Hygea of Georgia**

---

| 2.3 4 | **IRS** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**When was the debt incurred?**

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- [ ] Contingent
- [ ] Debtor 1 only
- [ ] Unliquidated
- [ ] Debtor 2 only
- [■] Disputed
- [ ] Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**
- [■] At least one of the debtors and another
- [ ] Domestic support obligations
- [ ] **Check if this claim is for a  community debt**
- [■] Taxes and certain other debts you owe the government

**Is the claim subject to offset?**
- [ ] Claims for death or personal injury while you were intoxicated
- [■] No
- [ ] Other. Specify
- [ ] Yes

**IRC 6672 Hygea of Georgia**

Debtor 1 **Moffly, Edward Kane Jr.**                              Case number (if known)  **22-15156-AJC**

---

| 2.3 5 | **IRS** | | Last 4 digits of account number ____ ____ ____ ____ | **$1,500.00** | **$1,500.00** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**IRC 6672 Palm Medical Network**

---

| 2.3 6 | **IRS** | | Last 4 digits of account number ____ ____ ____ ____ | **$10,000.00** | **$10,000.00** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**IRC 6672 Palm MSO Medical**

---

| 2.3 7 | **IRS** | | Last 4 digits of account number ____ ____ ____ ____ | **$30,000.00** | **$30,000.00** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**IRC 6672 Physicians Management Associates SE**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                                     Case number (if known)   **22-15156-AJC**

| 2.3 8 | | | | |
|---|---|---|---|---|
| | **IRS** | Last 4 digits of account number | **$15,048.58** | **$15,048.58** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**IRC 6672 Physicians Group Alliance**

---

| 2.3 9 | | | | |
|---|---|---|---|---|
| | **IRS** | Last 4 digits of account number | **$10,000.00** | **$10,000.00** | **$0.00** |

Priority Creditor's Name

**8511 S Sam Houston Pkwy E Ste 200**
**Houston, TX 77075-4874**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**IRC 6672 Primum Alternatives**

---

| 2.4 0 | | | | |
|---|---|---|---|---|
| | **IRS** | Last 4 digits of account number | **$400.00** | **$400.00** | **$0.00** |

Priority Creditor's Name

**8511 S Sam Houston Pkwy E Ste 200**
**Houston, TX 77075-4874**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**IRC 6672 Primum Healthcare**

---

Debtor 1  **Moffly, Edward Kane Jr.**                          Case number (if known)  **22-15156-AJC**

---

| 2.4 1 | **IRS** | Last 4 digits of account number | | **$22,580.18** | **$22,580.18** | **$0.00** |

Priority Creditor's Name

When was the debt incurred?

**324 25th St**
**Ogden, UT 84401-2310**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**IRC 6672 Professional Healthchoice**

---

| 2.4 2 | **IRS** | Last 4 digits of account number | | **$1,582.42** | **$1,582.42** | **$0.00** |

Priority Creditor's Name

When was the debt incurred?

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**IRC 6672 Florida Group Healthcare**

---

| 2.4 3 | **IRS** | Last 4 digits of account number | | **$10,992.65** | **$10,992.65** | **$0.00** |

Priority Creditor's Name

When was the debt incurred?

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**IRC 6672 Medlife Activity Center**

---

Debtor 1  **Moffly, Edward Kane Jr.**                          Case number (if known)   **22-15156-AJC**

| 2.4 4 | **Laura Bronstein** | Last 4 digits of account number | | $200,000.00 | $200,000.00 | $0.00 |

Priority Creditor's Name

**1036 E Shore Dr**
**Ithaca, NY 14850-1028**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Child Support**

---

| 2.4 5 | **State of Florida - Dept. of Revenue** | Last 4 digits of account number | **unknown** | $0.00 | $0.00 |

Priority Creditor's Name

**c/o Frederick F. Rudzik, Esq.**
**PO Box 6668**
**Tallahassee, FL 32314-6668**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| 2.4 6 | **State of Florida - Dept. of Revenue** | Last 4 digits of account number | **unknown** | $0.00 | $0.00 |

Priority Creditor's Name

**7937 NW 10th St**
**Plantation, FL 33322-5149**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

---

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **2209021 Ontario Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Blank Rome LLP,**
**1201 N Market St Ste 800**
**Wilmington, DE 19801-1807**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify _____

---

| 4.2 | **53rd Ave East Medical Center PA** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**4908 64th Dr W**
**Bradenton, FL 34210-4051**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community    ☐ Student loans
debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

| 4.3 | **Accountemps** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**c/o Robert Half, Att: Karen Lima,
PO Box 5024
San Ramon, CA 94583-5024**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.4 | **Adaptive Healthcare Solutions LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**3875 Roland Hayes Pkwy SW
Calhoun, GA 30701-7501**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.5 | **Adler Office Associates, LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**PO Box 865295
Orlando, FL 32886-5295**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.6 | **ADT Security Services Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**PO Box 371878**
**Pittsburgh, PA 15250-7878**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify _____

---

| 4.7 | **Advisory Trust Group as Trustee Hygea** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**c/o Robert Elgidely, Esq. Fox Rothschile**
**2 S Biscayne Blvd Ste 2750**
**Miami, FL 33131-1833**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☐ Other. Specify _____

---

| 4.8 | **AES Credit** | Last 4 digits of account number _____ | **$16,000.00** |

Nonpriority Creditor's Name

**PO Box 61047**
**Harrisburg, PA 17106-1047**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
■ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☐ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.9 | **Aetna Inc.** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**c/o Aaron McCollough,**
**77 W Wacker Dr Ste 4100**
**Chicago, IL 60601-1683**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.10 | **AFLAC** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**Remittance Processing Svcs.,**
**1932 Wynnton Rd**
**Columbus, GA 31999-0001**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.11 | **Akerman, LLP** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**98 SE 7th St Ste 110**
**Miami, FL 33131-3522**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 4.12 | **Alan M. Schwartz** |
|---|---|

Nonpriority Creditor's Name

**1742 NW 124th Way**
**Coral Springs, FL 33071-7888**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.13 | **Alberto Marrero Arias** |
|---|---|

Nonpriority Creditor's Name

**8461 Johnson St**
**Pembroke Pines, FL 33024-6603**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.14 | **Aldrich Cardiovascular Institute** |
|---|---|

Nonpriority Creditor's Name

**6310 Health Pkwy Ste 330**
**Lakewood Ranch, FL 34202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                   Case number (if known)   **22-15156-AJC**

---

| 4.15 | **Alex Moffly** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**3626 Van Ness St NW**
**Washington, DC 20008-3129**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.16 | **Alexander Tirado** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**150 NW 168th St Ste 301**
**North Miami Beach, FL 33169-6051**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.17 | **All Care Management Services, Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Hygea Holdings**
**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.18 | **Allertech Laboratories Inc.** | Last 4 digits of account number _____ | _____ **unknown** |

Nonpriority Creditor's Name

**c/o Levey Law Firm PA,**
**1688 Meridian Ave Ste 900**
**Miami Beach, FL 33139-2712**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.19 | **Alleus Health Ltd. DBA Alleus Health** | Last 4 digits of account number _____ | _____ **unknown** |

Nonpriority Creditor's Name

**400 Poydras St Ste 1165**
**New Orleans, LA 70130-3336**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.20 | **Amir and Faye Fahmy** | Last 4 digits of account number _____ | _____ **unknown** |

Nonpriority Creditor's Name

**c/o M. Seese PA**
**101 NE 3rd Ave Ste 1270**
**Fort Lauderdale, FL 33301-1111**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

| 4.21 | **Amir Fahmy MD, PA** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**3400 Burns Rd Ste 101**
**Palm Beach Gardens, FL**
**33410-4352**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
                                   ☐ Student loans

**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify _____

---

| 4.22 | **AmTrust North America Inc. OBO Technolog** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**c/o Maurice Wutscher LLP,**      When was the debt incurred? _____
**23611 Chagrin Blvd Ste 207**
**Beachwood, OH 44122-5540**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
                                   ☐ Student loans

**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify _____

---

| 4.23 | **Anda, Inc.** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**2915 Weston Rd**
**Weston, FL 33331-3627**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
                                   ☐ Student loans

**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                  Case number (if known)  **22-15156-AJC**

---

| 4.24 | **Anda, Inc.** | | Last 4 digits of account number _____ | | **unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Shariberg Landau & Page PA,**
**2385 NW Executive Center Dr Ste**
**300**
**Boca Raton, FL 33431-8530**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  _____

---

| 4.25 | **Archive America Limited** | | Last 4 digits of account number _____ | | **unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3455 NW 54th St**
**Miami, FL 33142-3309**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  _____

---

| 4.26 | **Aria Moffly** | | Last 4 digits of account number _____ | | **unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**401 Redlands St**
**Playa del Rey, CA 90293-8035**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 4.27 | **Arlene E. Richards, MD PA** |
|---|---|

Nonpriority Creditor's Name

**499 NW 70th Ave Ste 220**
**Plantation, FL 33317-7573**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.28 | **Arthur J. Gallagher Risk Management Svcs** |
|---|---|

Nonpriority Creditor's Name

**Remittance Processing Svcs.**
**39683 Treasury Ctr**
**Chicago, IL 60694-9600**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.29 | **AT&T** |
|---|---|

Nonpriority Creditor's Name

**PO Box 5019**
**Carol Stream, IL 60197-5019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

| 4.30 | **Ballard Spahr LLP** | | |

Nonpriority Creditor's Name

**1735 Market St Fl 51**
**Philadelphia, PA 19103-7507**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.31 | **Ballard Spahr LLP** | | |

Nonpriority Creditor's Name

**1980 Festival Plaza Dr Ste 900**
**Las Vegas, NV 89135-2958**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.32 | **Barry Smith MD, PC** | | |

Nonpriority Creditor's Name

**11 Willow Lake Dr**
**Warner Robins, GA 31093-8523**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.33 | **Beedie Investments Ltd.** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**At: Ori Katz & Jordan Hamburger,**
**4 Embarcadero Ctr Fl 17**
**San Francisco, CA 94111-4106**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.34 | **Biomed Medical Compliance** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**16657 Deer Path Ln**
**Loxahatchee, FL 33470-5014**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.35 | **Blalock & Walters, PA** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**802 11th St W**
**Bradenton, FL 34205-7734**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                      Case number (if known)    **22-15156-AJC**

---

| 4.36 | **Bridging Finance Inc.** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**77 King St West  2925**
**Toronto Ontario Canada**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Hygea**

---

| 4.37 | **Brinks Home Security** | **Last 4 digits of account number** _____ | **$1,184.09** |

Nonpriority Creditor's Name

**PO Box 814530**
**Dallas, TX 75381-4530**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____

---

| 4.38 | **Broad & Cassell** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name
**Nelson Mullin Riley & Scarburough**
**2 S Biscayne Blvd Ste 2100**
**Miami, FL 33131-1811**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 4.39 | **Bruce Romanello** | | Last 4 digits of account number _____ | | | **unknown** |

Nonpriority Creditor's Name

**7941 Waterton Ln**
**Lakewood Ranch, FL 34202-2146**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.40 | **Capital City Consulting, LLC** | | Last 4 digits of account number _____ | | | **unknown** |

Nonpriority Creditor's Name

**101 E College Ave Ste 502**
**Tallahassee, FL 32301-7742**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.41 | **Capital Office Products** | | Last 4 digits of account number _____ | | | **unknown** |

Nonpriority Creditor's Name

**210 Fentress Blvd**
**Daytona Beach, FL 32114-1231**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                   Case number (if known)    **22-15156-AJC**

---

| 4.42 | **Cardinal Health 414 LLC** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name
**Att: Erin Gapinski,**
**7000 Cardinal Pl**
**Dublin, OH 43017-1091**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.43 | **Cardiology Consultants of W. Broward PA** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name
**c/o Frank Weinberg & Black PL,**
**1875 NW Corporate Blvd Ste 100**
**Boca Raton, FL 33431-8550**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.44 | **Carl Rosenkratz, MD** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**4458 Woodfield Blvd**
**Boca Raton, FL 33434-5310**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

**4.45**  **CEA Atlantic Advisors, LLC**
Nonpriority Creditor's Name

**101 E Kennedy Blvd Ste 3300**
**Tampa, FL 33602-5151**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.46**  **Centurion Financial Trust**
Nonpriority Creditor's Name

**c/o Blank Rome LLP,**
**1201 N Market St Ste 800**
**Wilmington, DE 19801-1807**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.47**  **Chaker Dahan, MD**
Nonpriority Creditor's Name

**6833 Valhalla Way**
**Windermere, FL 34786-5627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                Case number (if known)  **22-15156-AJC**

---

| 4.48 | **Change Healthcare** | Last 4 digits of account number _____ | _____ unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 572490**
**Murray, UT 84157-2490**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ■ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify _____

---

| 4.49 | **Chrysler Capital** | Last 4 digits of account number _____ | _____ unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 961275**
**Ft Worth, TX 76161-0275**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ■ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify _____

---

| 4.50 | **Citibank** | Last 4 digits of account number _____ | _____ unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**388 Greenwich St**
**New York, NY 10013-2375**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.51 | **Claudia Pena** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**7937 NW 10th St**
**Plantation, FL 33322-5149**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.52 | **Claudio F. Arellano** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**14590 SW 30th St**
**Miami, FL 33175-6627**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.53 | **Clear Capital Advisors LLC** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1801 Century Park E Ste 450**
**Los Angeles, CA 90067-2306**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                         Case number (if known)    **22-15156-AJC**

| | | |
|---|---|---|
| 4.54 | **Clifton Larson Allen LLP** | |

Nonpriority Creditor's Name

**220 S 6th St Ste 300**
**Minneapolis, MN 55402-1418**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.55 | **Clifton Larson Allen LLP** | |

Nonpriority Creditor's Name

**210 Fentress Blvd**
**Daytona Beach, FL 32114-1231**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.56 | **Coffey Burlington, PL** | |

Nonpriority Creditor's Name

**2601 S Bayshore Dr Ph**
**Miami, FL 33133-5417**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.57 | **Comcast** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**PO Box 71211**
**Charlotte, NC 28272-1211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.58 | **Cormack Securities Ltd.** | Last 4 digits of account number _____ | **$150,000.00** |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**Bay Street**
**Toronto Ontario 1800 PO Box 63**
**Toronto Canada   M5J 2-J2**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.59 | **Coverall of South Florida, Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**13850 SW 143rd Ct**
**Miami, FL 33186-6120**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.60 | **Ct Solutions, Inc.** |
|---|---|

Nonpriority Creditor's Name

**PO Box 117024**
**Atlanta, GA 30368-7024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____    unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.61 | **Cypress Real Estate Investments LLC** |
|---|---|

Nonpriority Creditor's Name

**c/o Fox Swibel Levin & Carroll,**
**200 W Madison St Ste 3000**
**Chicago, IL 60606-3417**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____    unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.62 | **Dan K. Miller** |
|---|---|

Nonpriority Creditor's Name

**1360 Trowbridge Rd**
**Bloomfield Hills, MI 48304-2947**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____    unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                    Case number (if known)   **22-15156-AJC**

---

| 4.63 | **Daniel T. McGowan** | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

**When was the debt incurred?**

**34 Hammock Beach Cir S**
**Palm Coast, FL 32137-3385**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.64 | **David Hernandez** | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

**When was the debt incurred?**

**185 SW 7th St Apt 3301**
**Miami, FL 33130-2982**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.65 | **David Zirulnikoff** | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

**When was the debt incurred?**

**19355 Turnberry Way Apt 16L**
**Aventura, FL 33180-2534**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                Case number (if known)    **22-15156-AJC**

---

| 4.66 | **De Lage Landen Financial Services** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**c/o RPRSC, George Zinkler III,**
**101 NE 3rd Ave Ste 1800**
**Fort Lauderdale, FL 33301-1252**
When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.67 | **Denarii Systems** | Last 4 digits of account number _____ | $2,500,000.00 |

Nonpriority Creditor's Name

**2601 S Bayshore Dr**
**Miami, FL 33133-5417**
When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.68 | **Denis Kleinfeld** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**801 NE 167th St Ste 306**
**North Miami Beach, FL 33162-3729**
When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                              Case number (if known)  **22-15156-AJC**

---

| 4.69 | **DLL Group** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____     unknown

When was the debt incurred? _____

**1111 Old Eagle School Rd**
**Wayne, PA 19087-1453**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.70 | **Dorsey & Whitney LLP** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____     unknown

When was the debt incurred? _____

**50 S 6th St Ste 1500**
**Minneapolis, MN 55402-1498**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.71 | **Dr. Irwin & Valerie Solomon** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____     unknown

When was the debt incurred? _____

**c/o Lavin Law Group PA,**
**2670 NE 215th St**
**Miami, FL 33180-1127**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                      Case number (if known)    **22-15156-AJC**

---

| 4.72 | **Dr. Valerie Solomon** | Last 4 digits of account number _____                    **unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**101 E Kennedy Blvd Ste 3300**
**Tampa, FL 33602-5151**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify _____

---

| 4.73 | **Dubbin & Kravetz, LLP** | Last 4 digits of account number _____                    **unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**1200 Anastasia Ave Ste 300**
**Coral Gables, FL 33134-6364**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify _____

---

| 4.74 | **Eclinicalworks, LLC** | Last 4 digits of account number _____                    **unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**PO Box 847950**
**Boston, MA 02284-7950**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                          Case number (if known)    **22-15156-AJC**

---

| 4.75 | **Electromed Solutions, LLC** | Last 4 digits of account number | _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**1534 Sir Henrys Trl**
**Lakeland, FL 33809-5040**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

■ At least one of the debtors and another    ■ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.76 | **Elite Recreational Finance** | Last 4 digits of account number | _____ | **$550,000.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**701 Enterprise Rd E Ste 203**
**Safety Harbor, FL 34695-5303**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

■ At least one of the debtors and another    ■ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.77 | **Enrique Cadena** | Last 4 digits of account number | _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**2601 S Bayshore Dr**
**Miami, FL 33133-5417**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only          ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

■ At least one of the debtors and another    ■ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.78 | **Epifania Colon Burgos** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**c/o Thomas C. Allison PA**
**180 N Park Ave # 2A**
**Winter Park, FL 32789-7401**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.79 | **Erica R. Williams** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**2441 Walker Cir**
**Sarasota, FL 34234-7447**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.80 | **Ernesto Izquierdo** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**280 Wekiva Springs Rd Ste 1000**
**Longwood, FL 32779-6098**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

| | |
|---|---|
| **4.81** | |

**Ernst and Patricia Kasper**
Nonpriority Creditor's Name

**3214 Lakeshore Dr # Driver**
**Florence, SC 29501-8263**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____            **$18,000.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| | |
|---|---|
| **4.82** | |

**Estate of Charles Lee Baston**
Nonpriority Creditor's Name

**c/o Thomas C. Allison, Esquire**
**180 N Park Ave Ste 2A**
**Winter Park, FL 32789-7401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____            **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| | |
|---|---|
| **4.83** | |

**Estate of Howard Sussman, MD**
Nonpriority Creditor's Name

**13157 Majestic Way**
**Fort Lauderdale, FL 33330-2658**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____            **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1   **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 4.84 | **Evan Moffly** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**26 Seneca St**
**Trumansburg, NY 14886-9177**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.85 | **Ewal B. Persaud Jr.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**1455 Spring Rd SE Apt 204**
**Smyrna, GA 30080-3773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.86 | **Ewaul Barrington Persuad** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**1455 Spring Rd SE Apt 204**
**Smyrna, GA 30080-3773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)  **22-15156-AJC**

---

| 4.87 | **Fifth Third Bank** |
|------|----------------------|

Nonpriority Creditor's Name

**200 E Las Olas Blvd Ste 1200**
**Fort Lauderdale, FL 33301-2491**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.88 | **Financial Pacific Leasing Inc.** |
|------|-------------------------------------|

Nonpriority Creditor's Name

**3455 S 344th Way Ste 300**
**Federal Way, WA 98001-9546**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.89 | **First Harbour Health Management LLC** |
|------|------------------------------------------|

Nonpriority Creditor's Name

**7320 Delainey Ct**
**Sarasota, FL 34240-8445**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)  **22-15156-AJC**

---

| 4.90 | **First Harbour Medical Centers, LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.91 | **First Insurance Funding Corp.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**PO Box 7000**
**Carol Stream, IL 60197-7000**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.92 | **Fischer Family Trust** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**595 Oak Commons Blvd Ste B**
**Kissimmee, FL 34741-4211**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                              Case number (if known)    **22-15156-AJC**

---

| 4.93 | **Fleming PLLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 332**
**Point Lookout, NY 11569-0332**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.94 | **Florida Blue** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 660299**
**Dallas, TX 75266-0299**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.95 | **Florida Group Healthcare, LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Hygea Holdings**
**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                      Case number (if known)   **22-15156-AJC**

| 4.96 | **Florida Hospital Physician Network, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**101 Southhall Ln Ste 150**
**Maitland, FL 32751-7497**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| 4.97 | **Florida Institute of Health, Ltd. LLLP** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.98 | **FPL** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Att: Bankruptcy Dept.**
**4200 W Flagler St**
**Miami, FL 33134-1606**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1 **Moffly, Edward Kane Jr.**                                    Case number (if known) **22-15156-AJC**

| 4.99 | **Francis Kelly** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Masako Watanabe Kelly
2660 Peachtree Rd NW Apt 27G
Atlanta, GA 30305-3680**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.100 | **Franz Rakusa** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Cole, Scott &Kissane PA,
9150 S Dadeland Blvd Ste 1400
Miami, FL 33156-7855**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.101 | **Frederick Miles Chaleff, MD** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name
**c/o Frank Weinberg & Black PL,
1875 NW Corporate Blvd Ste 100
Boca Raton, FL 33431-8550**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.10 2 | |
|---|---|

**Freedom Health Inc.**
Nonpriority Creditor's Name
**c/o Michael Cooley,**
**2501 N Harwood St Ste 1700**
**Dallas, TX 75201-1663**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.10 3 | |
|---|---|

**Gabriel Perez**
Nonpriority Creditor's Name
**c/o RPRSC, George Zinkler III,**
**101 NE 3rd Ave Ste 1800**
**Fort Lauderdale, FL 33301-1252**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.10 4 | |
|---|---|

**Gabriel Perez & Frank Rakusa**
Nonpriority Creditor's Name
**c/o CSK Legal, Cody German,**
**9150 S Dadeland Blvd Ste 1400**
**Miami, FL 33156-7855**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.10 5 | **Gemini Healthcare Fund, LLC** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**150 S Pine Island Rd Ste 200
Plantation, FL 33324-2695**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.10 6 | **GEMRT CPA** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**2600 S Douglas Rd Ste 800
Coral Gables, FL 33134-6149**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.10 7 | **Genesis Research International LLC** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**9100 NW 36th St Ste 110
Doral, FL 33178-2432**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                     Case number (if known)    **22-15156-AJC**

---

4.10
8

**George R. Levie CPA PA**
Nonpriority Creditor's Name

**1792 Bell Tower Ln**
**Weston, FL 33326-3682**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

4.10
9

**Gordon Systems**
Nonpriority Creditor's Name

**5310 Candlewick Ct**
**Riverside, CA 92506-1520**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

4.11
0

**Gordon Systems**
Nonpriority Creditor's Name

**5310 Candlewick Ct**
**Riverside, CA 92506-1520**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1 **Moffly, Edward Kane Jr.**                                   Case number (if known)    **22-15156-AJC**

---

| 4.11 1 | **Gray Robinson Law Firm** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**301 E Pine St Ste 1400**
**Orlando, FL 32801-2741**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only              ☐ Contingent

☐ Debtor 2 only              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only   ☑ Disputed

☑ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**   ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes   ☑ Other. Specify _____

---

| 4.11 2 | **Great America Financial Services Corp** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 609**
**Cedar Rapids, IA 52406-0609**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only              ☐ Contingent

☐ Debtor 2 only              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only   ☑ Disputed

☑ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**   ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes   ☑ Other. Specify _____

---

| 4.11 3 | **Great America Financial Services Corp** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**Att: Peggy Upton,**
**625 1st St SE Ste 800**
**Cedar Rapids, IA 52401-2031**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only              ☐ Contingent

☐ Debtor 2 only              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only   ☑ Disputed

☑ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**   ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes   ☑ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | **Moffly, Edward Kane Jr.** | Case number (if known) | **22-15156-AJC** |
|---|---|---|---|

---

**4.11 4**

**Great America Financial Services Corp**
Nonpriority Creditor's Name

**2884 Sand Hill Rd Ste 200**
**Menlo Park, CA 94025-7072**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.11 5**

**Greenberg Traurig PA**
Nonpriority Creditor's Name

**200 Park Ave**
**New York, NY 10166-0005**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.11 6**

**Gustavo Camargo, MD**
Nonpriority Creditor's Name
**c/o Kissimmee Medical Specialties PA,**
**701 E Oak St Ste A**
**Kissimmee, FL 34744-4575**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

**4.11 7**

**Halos Systems LLC**
Nonpriority Creditor's Name

**7316 Delainey Ct**
**Sarasota, FL 34240-8445**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.11 8**

**Harvey Birdman**
Nonpriority Creditor's Name

**1930 Harrison St # 5204**
**Hollywood, FL 33020-7824**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.11 9**

**HBST Enterprises, Inc.**
Nonpriority Creditor's Name

**637 Gazetta Way**
**West Palm Beach, FL 33413-1055**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)  **22-15156-AJC**

---

| 4.12 0 | **Healthexcel, Ltd.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**20801 Biscayne Blvd Ste 456**
**Miami, FL 33180-1430**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.12 1 | **Healthfusion** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**3525 Piedmont Rd NE Bldg 6**
**Atlanta, GA 30305-1578**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.12 2 | **Hilaire Louis Fernandes, MD** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**c/o Cardioligy Consultants of W. Broward**
**201 NW 82nd Ave Ste 405**
**Plantation, FL 33324-1883**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

| 4.12 3 | **Hines VAF II Doral, LP** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**499 Park Ave Fl 12**
**New York, NY 10022-1240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.12 4 | **HTA Camp Creek, LLC** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**16435 N Scottsdale Rd Ste 320**
**Scottsdale, AZ 85254-1694**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.12 5 | **Humana Care Plan** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name
**Att: Compbenefits Co.**
**PO Box 531724**
**Atlanta, GA 30353-1724**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**

Case number (if known)  **22-15156-AJC**

---

| 4.12 6 | **Humana Inc. et al** | | Last 4 digits of account number | | | **$2,047.62** |

Nonpriority Creditor's Name

**c/o Fox Swibel Levin & Carroll,**
**200 W Madison St Ste 3000**
**Chicago, IL 60606-3417**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.12 7 | **HYG LLC** | | Last 4 digits of account number | | | **unknown** |

Nonpriority Creditor's Name

**c/o David Gay,**
**100 SE 2nd St Ste 4200**
**Miami, FL 33131-2113**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.12 8 | **Hygea Acquisitions Longwood, LLC** | | Last 4 digits of account number | | | **unknown** |

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.12 9 | **Hygea Holdings Corp.** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.13 0 | **Hygea IGP of Central Florida, Inc.** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.13 1 | **Hygea IGP, LLC** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 4.13 2 | **Hygea Medical Centers of Florida, LLC** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____    **unknown**

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.13 3 | **Hygea Medical Partners LLC** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____    **unknown**

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.13 4 | **Hygea of Delaware, LLC** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____    **unknown**

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

**4.13 5**

**Hygea of Georgia, LLC**
Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.13 6**

**Hygea of Pembroke Pines, LLC**
Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.13 7**

**Hygea Primum Acquisitions, Inc.**
Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                **unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 4.13 8 | **Hygea South Florida Inc** | Last 4 digits of account number | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.13 9 | **Ihealthcare, Inc** | Last 4 digits of account number | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**555 NE 15th St Fl 9**
**Miami, FL 33132-1451**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.14 0 | **INPHYNET S. Broward, LLC** | Last 4 digits of account number | **unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

**3501 Johnson St**
**Hollywood, FL 33021-5421**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1 **Moffly, Edward Kane Jr.**                          Case number (if known)    **22-15156-AJC**

| 4.14 1 | **Integrated Healthcare Resources Ltd.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**350 Jericho Tpke Ste 3**
**Jericho, NY 11753-1317**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.14 2 | **International City Building LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**2627 NE 203rd St Ste 202**
**Aventura, FL 33180-1946**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.14 3 | **IPFS Corporation** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**PO Box 730223**
**Dallas, TX 75373-0223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1    **Moffly, Edward Kane Jr.**                                          Case number (if known)    **22-15156-AJC**

| 4.14 4 | **IT Professional Business Solutions LLC** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____     unknown

When was the debt incurred? _____

**8787 NW 180th Ter**
**Hialeah, FL 33018-6502**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only        ☐ Contingent
☐ Debtor 2 only        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**        ☐ Student loans

**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes        ■ Other. Specify _____

---

| 4.14 5 | **Ivette Cardona Ruelle** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____     unknown

When was the debt incurred? _____

**7824 Lake Underhill Rd Ste B**
**Orlando, FL 32822-8201**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only        ☐ Contingent
☐ Debtor 2 only        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**        ☐ Student loans

**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes        ■ Other. Specify _____

---

| 4.14 6 | **J.L. Quality Companies of Florida** |
|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____     unknown

When was the debt incurred? _____

**PO Box 2437**
**Goldenrod, FL 32733-2437**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only        ☐ Contingent
☐ Debtor 2 only        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**        ☐ Student loans

**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes        ■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                        Case number (if known)    **22-15156-AJC**

---

| 4.14 7 | **Jack Mann** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**27 Birchwood Ln**
**Kings Point, NY 11024-1718**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.14 8 | **Jaime Costa** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**1521 Alton Rd Apt 214**
**Miami Beach, FL 33139-3301**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.14 9 | **Jerry Neugebaur** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**PO Box 326**
**Barker, TX 77413-0326**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                  Case number (if known)    **22-15156-AJC**

---

**4.15 0**

**Joe Campanella**
Nonpriority Creditor's Name

**11346 Bedford Commons Dr Unit 101**
**Las Vegas, NV 89135-3310**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.15 1**

**Joel Matthew Jancko, MD**
Nonpriority Creditor's Name
**Cardiology Consultants of West Broward**
**201 NW 82nd Ave Ste 405**
**Plantation, FL 33324-1883**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.15 2**

**John Lindsay**
Nonpriority Creditor's Name

**3554 Bournemouth Ct**
**San Jose, CA 95136-1401**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **unknown**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)  **22-15156-AJC**

---

**4.15 3**

**John Vincent Williams, MD**
Nonpriority Creditor's Name

**10081 Pines Blvd**
**Pembroke Pines, FL 33024-6184**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.15 4**

**Jose Alejandro Ruiz Polo**
Nonpriority Creditor's Name

**1191 Sorrento Dr**
**Weston, FL 33326-4553**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.15 5**

**Joseph Larue Richter MD**
Nonpriority Creditor's Name

**2007 W Reynolds St**
**Plant City, FL 33563-4743**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

| 4.15 6 | **Juan Arteaga** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**9959 Pines Blvd**
**Pembroke Pines, FL 33024-6177**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.15 7 | **Kaempfer Crowell Ltd.** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**1980 Festival Plaza Dr Ste 900**
**Las Vegas, NV 89135-2958**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.15 8 | **Kaplan Cottner** | Last 4 digits of account number | **$20,000.00** |

Nonpriority Creditor's Name

**10091 Park Run Dr Ste 190**
**Las Vegas, NV 89145-8868**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                           Case number (if known)    **22-15156-AJC**

| 4.15 9 | **Katalyst FP LLP** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**c/o Jaspan Schlesinger LLP,**
**300 Garden City Plz Fl 5**
**Garden City, NY 11530-3333**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.16 0 | **Kathy Gingrich Lubbers** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**200 Ocean Lane Dr Apt 1108**
**Key Biscayne, FL 33149-1420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.16 1 | **Kelly Law Firm PC** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**6075 Barfield Rd**
**Sandy Springs, GA 30328-4402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                      Case number (if known)  **22-15156-AJC**

---

| 4.16 2 | **Kroll Discovery** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**8201 Greensboro Dr Ste 717**
**McLean, VA 22102-3818**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated

■ At least one of the debtors and another            ■ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**                  ☐ Student loans

■ No                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify _____

---

| 4.16 3 | **Kyrenia Sanchez** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**150 NW 168th St Ste 301**
**North Miami Beach, FL 33169-6051**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated

■ At least one of the debtors and another            ■ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**                  ☐ Student loans

■ No                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify _____

---

| 4.16 4 | **Lawrence R. Klar, Jr** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**2836 Foxtail Creek Ave**
**Henderson, NV 89052-7107**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                      ☐ Contingent

☐ Debtor 1 and Debtor 2 only                         ☐ Unliquidated

■ At least one of the debtors and another            ■ Disputed

☐ **Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**                  ☐ Student loans

■ No                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

| 4.16<br>5 | **Leistner Group LLC** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**Att: J. DePuy, Rue Du College 16,
Sotten
Switzerland**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.16<br>6 | **Lifestyle Marine** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**7601 E Treasure Dr
North Bay Village, FL 33141-4391**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.16<br>7 | **Louis A. Biasi** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**601 N Congress Ave Ste 113
Delray Beach, FL 33445-4626**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                Case number (if known)  **22-15156-AJC**

---

| 4.16 8 | **Lucia Beltre** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**15231 SW 146th Ave**
**Miami, FL 33177-6821**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.16 9 | **Magalie Samson** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**8393 W Oakland Park Blvd**
**City of Sunrise, FL 33351-7307**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.17 0 | **Manasota Medical Management Consultants** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**4908 64th Dr W**
**Bradenton, FL 34210-4051**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                     Case number (if known)  **22-15156-AJC**

---

**4.17 1**

**Manuel E. Iglesias**
Nonpriority Creditor's Name

**14811 NW 89th Ave**
**Miami Lakes, FL 33018-8012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                    unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.17 2**

**Manuel E. Iglesias, P.A.**
Nonpriority Creditor's Name

**2600 S Douglas Rd Ste 800**
**Coral Gables, FL 33134-6149**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                    unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.17 3**

**Marc Sussman, CPA**
Nonpriority Creditor's Name

**12740 Countryside Ter**
**Cooper City, FL 33330-2739**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____                    unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.17 4 | **Mario Medina** | **Last 4 digits of account number** _____ | $47,800.00 |

Nonpriority Creditor's Name

**95 Merrick Way Ste 514**
**Coral Gables, FL 33134-5310**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.17 5 | **Marko & Magolnick PA** | **Last 4 digits of account number** _____ | unknown |

Nonpriority Creditor's Name

**3001 SW 3rd Ave**
**Miami, FL 33129-2709**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.17 6 | **Martha Castillo** | **Last 4 digits of account number** _____ | unknown |

Nonpriority Creditor's Name

**10801 SW 123rd St**
**Miami, FL 33176-4634**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.17 7 | **MDM Worldwide Solutions** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**264 W 40th St Rm 604**
**New York, NY 10018-1858**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.17 8 | **Med Plan Clinic LLC** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**18 Lafayette Pl**
**Woodmere, NY 11598-2138**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.17 9 | **Med Plan Quality Care Centers LLC** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**18 Lafayette Pl**
**Woodmere, NY 11598-2138**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.18 0 | **Medical Arts Pharmacy of Sarasota LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**4417 Bee Ridge Rd**
**Sarasota, FL 34233-2514**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.18 1 | **Medical Center of Winston Towers, Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.18 2 | **Medical Services LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**3120 W 84th St Unit 2**
**Hialeah, FL 33018-4905**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**  Case number (if known)  **22-15156-AJC**

---

**4.18 3**

**Medlife Activity Center, LLC**
Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.18 4**

**Medsol Partners LLC**
Nonpriority Creditor's Name

**3501 N Ocean Dr Ste 4**
**Hollywood, FL 33019-3813**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.18 5**

**Medtronic Inc**
Nonpriority Creditor's Name

**SLK**
**800 53rd Ave NE**
**Minneapolis, MN 55421-1241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____     **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**

Case number (if known)  **22-15156-AJC**

---

| 4.18 6 | **Mega Holdings, Inc.** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**19355 Turnberry Way Apt 16L**
**Aventura, FL 33180-2534**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.18 7 | **Merz North America Inc.** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**6501 Six Forks Rd**
**Raleigh, NC 27615-6515**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.18 8 | **MEV Studios** | Last 4 digits of account number | | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**100 S Biscayne Blvd Ste 300**
**Miami, FL 33131-2037**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.18 9 | **Miami Security Systems** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name

**PO Box 832272**
**Miami, FL 33283-2272**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.19 0 | **Michael E. Horowitz,  MD** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name

**10175 Collins Ave Apt 1203**
**Bal Harbour, FL 33154-1640**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.19 1 | **Microsoft** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name

**PO Box 842103**
**Dallas, TX 75284-2103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**

Case number (if known)    **22-15156-AJC**

---

| 4.19 2 | **Mid Florida Adult Medicine LLC** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.19 3 | **Miguel Burgos, MD** | Last 4 digits of account number | $1,099,681.28 |

Nonpriority Creditor's Name

When was the debt incurred?

**c/o Thomas C. Allison, Esquire**
**180 N Park Ave Ste 2A**
**Winter Park, FL 32789-7401**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.19 4 | **Mike Segal** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name
**Nelson Mullins**
**2 S Biscayne Blvd Ste 21**
**Miami, FL 33131-1800**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 4.19 5 | **Milner, Inc.** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**PO Box 923197**
**Norcross, GA 30010-3197**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.19 6 | **Miriam Zapata** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**595 Oak Commons Blvd Ste A**
**Kissimmee, FL 34741-4211**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.19 7 | **MNP, LLP** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**330 5th Avenue SW, Suite 2000,**
**Calgary,**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                   Case number (if known)   **22-15156-AJC**

---

**4.19 8**

**Mobile Clinic Services, LLC**
Nonpriority Creditor's Name

Last 4 digits of account number _____              **unknown**

When was the debt incurred? _____

**150 S Pine Island Rd Ste 200**
**Fort Lauderdale, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

**4.19 9**

**Moveo Technologies Corporation**
Nonpriority Creditor's Name

Last 4 digits of account number _____              **$118,000.00**

When was the debt incurred? _____

**95 Merrick Way Ste 514**
**Coral Gables, FL 33134-5310**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

**4.20 0**

**Moveo, LLC**
Nonpriority Creditor's Name

Last 4 digits of account number _____              **$268,000.00**

When was the debt incurred? _____

**1200 Anastasia Ave Ste 225**
**Coral Gables, FL 33134-6364**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                          Case number (if known)   **22-15156-AJC**

---

**4.20 1**

**MSP Recovery LLC**
Nonpriority Creditor's Name

**2701 S Le Jeune Rd**
**Coral Gables, FL 33134-5809**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.20 2**

**N5HYG, LLC**
Nonpriority Creditor's Name
**c/o David Gay,**
**100 SE 2nd St Ste 4200**
**Miami, FL 33131-2113**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.20 3**

**Natasha Williamson**
Nonpriority Creditor's Name

**770 Greison Trl**
**Newnan, GA 30263-6408**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          unknown

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                           Case number (if known)    **22-15156-AJC**

| 4.20 4 | **National Healthcare Brokers** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**12727 SW 116th St**
**Miami, FL 33186-4606**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.20 5 | **Nelson Mullins Riley & Scarborough** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**2 S Biscayne Blvd Ste 2100**
**Miami, FL 33131-1811**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.20 6 | **Neptune Beach Practice Management** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name
**Att: Diana Kelley,**
**9787 Sawgrass Dr E**
**Ponte Vedra Beach, FL 32082-3533**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                        Case number (if known)  **22-15156-AJC**

---

| 4.20 7 | | |
|---|---|---|

**Nevada 5, Inc.**

Nonpriority Creditor's Name

**c/o David Gay,**
**100 SE 2nd St Ste 4200**
**Miami, FL 33131-2113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                   **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.20 8 | | |
|---|---|---|

**Nextgen Healthcare Inc.**

Nonpriority Creditor's Name

**PO Box 809390**
**Chicago, IL 60680-9390**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                   **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.20 9 | | |
|---|---|---|

**Norcal Mutual Insurance Company**

Nonpriority Creditor's Name

**8511 S Sam Houston Pkwy E Ste 200**
**Houston, TX 77075-4874**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                   **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                   Case number (if known)    **22-15156-AJC**

---

| 4.21 0 | **Norman Gaylis MD, PA** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**179 Ocean Blvd**
**Golden Beach, FL 33160-2208**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.21 1 | **Norman Roder** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**302 Ridge Trail Dr**
**Chesterfield, MO 63017-3029**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.21 2 | **Orellano, LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**6224 Ashfield Pl**
**Wesley Chapel, FL 33545-4362**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                              Case number (if known)  **22-15156-AJC**

---

| 4.21 3 | **Orlando Benitez, MD** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**280 Wekiva Springs Rd Ste 1000
Longwood, FL 32779-6098**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.21 4 | **Pablo Urbandt MD** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**Cardiology Consultants of West Broward
201 NW 82nd Ave Ste 405
Plantation, FL 33324-1883**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.21 5 | **Palm A. C. MSO, LLC** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200
Plantation, FL 33324-2695**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 4.21 6 | **Palm Allcare Medicaid MSO, LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.21 7 | **Palm Allcare MSO, Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.21 8 | **Palm Medical Network, LLC** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

**8700 W Flagler St Ste 280**
**Miami, FL 33174-2648**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**

Case number (if known)   **22-15156-AJC**

---

**4.219**

**Palm MSO System, Inc.**
Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.220**

**Palm PGA MSO, LLC**
Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.221**

**Palm Square Center, LLC**
Nonpriority Creditor's Name

**701 Brickell Ave Ste 2040**
**Miami, FL 33131-2834**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Moffly, Edward Kane Jr.**                                Case number (if known)   **22-15156-AJC**

| 4.22 2 | **Palma Ceia Storage, Inc.** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**520 S Macdill Ave**
**Tampa, FL 33609-3039**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify _____

---

| 4.22 3 | **Palmetto 103 Properties, LLC** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**9808 NW 80th Ave Unit 10A**
**Hialeah Gardens, FL 33016-2326**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify _____

---

| 4.22 4 | **Pamela Reusch** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**c/o Melissa Hussey, Esquire**        When was the debt incurred?
**12955 Fennway Ridge Dr**
**Riverview, FL 33579-7181**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ■ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                     Case number (if known)    **22-15156-AJC**

---

| 4.22 5 | **Patagonia Global Trading LLC** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name
**c/o David Zirulnikoff**
**19355 Turnberry Way Apt 16L**
**Aventura, FL 33180-2534**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.22 6 | **Patricia Martindale, MD PA** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.22 7 | **Patricia Weldon** | Last 4 digits of account number | **$75,000.00** |

Nonpriority Creditor's Name

**13428 Maxella Ave Ste 415**
**Marina del Rey, CA 90292-5620**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.22 8 | **PEBB Enterprises LLC** | **Last 4 digits of account number** | | **unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**7900 Glades Rd Ste 600**
**Boca Raton, FL 33434-4105**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify _____

---

| 4.22 9 | **Pedrianes Holdings, LLC** | **Last 4 digits of account number** | | **unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**6764 NW 182nd St Apt 104**
**Hialeah, FL 33015-7942**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify _____

---

| 4.23 0 | **Pedro Pedrianes** | **Last 4 digits of account number** | | **unknown** |

Nonpriority Creditor's Name

**When was the debt incurred?**

**6764 NW 182nd St Apt 104**
**Hialeah, FL 33015-7942**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                    ☐ Contingent

☐ Debtor 2 only                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**

Case number (if known)  **22-15156-AJC**

---

| 4.23 1 | **Perez & Rodriguez, PA** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**95 Merrick Way Ste 600**
**Coral Gables, FL 33134-5306**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.23 2 | **Perfectserve, Inc.** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**PO Box 841200**
**Dallas, TX 75284-1200**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.23 3 | **Pfizer** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name
**c/oStephen B. Gebeloff, Esq.**
**6971 N Federal Hwy Ste 300**
**Boca Raton, FL 33487-1649**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                              Case number (if known)    **22-15156-AJC**

---

| 4.23 4 | **Physician Hospital Alliance** | Last 4 digits of account number _____ | unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**10050 Innovation Dr Ste 240**
**Miamisburg, OH 45342-4935**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.23 5 | **Physician Management Associates SE, LLC** | Last 4 digits of account number _____ | unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.23 6 | **Physicians Care Centers of Alanta, LLC** | Last 4 digits of account number _____ | unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| | |
|---|---|
| 4.23 7 | **Physicians Care Centers of Kissimmee LLC** |

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          unknown

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| | |
|---|---|
| 4.23 8 | **Physicians Practice Management Assoc.** |

Nonpriority Creditor's Name

**350 Jericho Tpke Ste 3LL**
**Jericho, NY 11753-1351**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          unknown

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| | |
|---|---|
| 4.23 9 | **Pie in the Sky Promotional Products** |

Nonpriority Creditor's Name

**3191 SW 173rd Ter**
**Miramar, FL 33029-5580**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          unknown

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                          Case number (if known)   **22-15156-AJC**

---

**4.24 0**

**Pitney Bowes, Inc.**
Nonpriority Creditor's Name

**PO Box 371896**
**Pittsburgh, PA 15250-7896**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.24 1**

**Podhurst Orseck, PA**
Nonpriority Creditor's Name

**1 SE 3rd Ave Ste 2300**
**Miami, FL 33131-1716**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.24 2**

**Premier South Medical Group, PC**
Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____   **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Moffly, Edward Kane Jr.**                    Case number (if known)    **22-15156-AJC**

---

| 4.24 3 | **Primum Healthcare, LLC** | Last 4 digits of account number | unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200
Plantation, FL 33324-2695**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.24 4 | **Priority Healthcare Distribution Inc.** | Last 4 digits of account number | unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Holland & Knight LLP,
31 W 52nd St Fl 12
New York, NY 10019-6118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.24 5 | **Professional Health Choice, Inc.** | Last 4 digits of account number | unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200
Plantation, FL 33324-2695**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                        Case number (if known)  **22-15156-AJC**

---

| 4.24 6 | **Provider Vision** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**5310 Candlewick Ct**
**Riverside, CA 92506-1520**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.24 7 | **Public Storage** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**155 S Goldenrod Rd**
**Orlando, FL 32807-8215**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.24 8 | **Pure Water Technology of Georgia, LLC** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**1650 Oakbrook Dr Ste 480**
**Norcross, GA 30093-1820**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

| 4.24 9 | **Quest Diagnostics** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**PO Box 530440**
**Atlanta, GA 30353-0440**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.25 0 | **Quill Corportion** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**PO Box 37600**
**Philadelphia, PA 19101-0600**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.25 1 | **Radey Law Firm** | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

**301 S Bronough St Ste 200**
**Tallahassee, FL 32301-1722**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

**4.25 2**

**Radey Thomas Yon & Clark PA**
Nonpriority Creditor's Name

**301 S Bronough St Ste 200**
**Tallahassee, FL 32301-1722**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.25 3**

**Raul Tamayo**
Nonpriority Creditor's Name

**c/o Thomas C. Allison, Esquire**
**180 N Park Ave Ste 2A**
**Winter Park, FL 32789-7401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.25 4**

**Ray Gonzalez**
Nonpriority Creditor's Name

**2766 NW 62nd St**
**Miami, FL 33147-7662**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

| 4.25 5 | |
|---|---|

**Rene Gonzalez**
Nonpriority Creditor's Name

**2766 NW 62nd St # Treet**
**Miami, FL 33147-7662**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.25 6 | |
|---|---|

**Reyes & Reyes MD, PA**
Nonpriority Creditor's Name

**c/o Groelle & Salmon PA,**
**1715 N West Shore Blvd Ste 320**
**Tampa, FL 33607-3931**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

| 4.25 7 | |
|---|---|

**Reyes & Reyes MD, PA**
Nonpriority Creditor's Name

**3700 Washington St # SUITE404**
**Hollywood, FL 33021-8256**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                Case number (if known)   **22-15156-AJC**

---

| 4.25 8 | **RH Management Resources** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?  _____

**1650 Oakbrook Dr Ste 480**
**Norcross, GA 30093-1820**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                       ☐ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify  _____

---

| 4.25 9 | **Ricoh USA Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?  _____

**70 Valley Stream Pkwy**
**Malvern, PA 19355-1407**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                       ☐ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify  _____

---

| 4.26 0 | **Robert Half International Inc.** | Last 4 digits of account number _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?  _____

**2884 Sand Hill Rd Ste 200**
**Menlo Park, CA 94025-7072**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                       ☐ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify  _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

---

**4.26 1**

**Robert Mehl**
Nonpriority Creditor's Name

**554 Badger Trl N**
**Ridgway, CO 81432-9616**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.26 2**

**Robert Montes**
Nonpriority Creditor's Name

**10201 SW 129th St**
**Miami, FL 33176-5641**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.26 3**

**Rodolfo Rodriguez**
Nonpriority Creditor's Name

**9250 NW 36th St Ste 420**
**Miami, FL 33178-2775**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**

Case number (if known)  **22-15156-AJC**

---

| 4.26 4 | **RREEF America LLC** | | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**c/o Holland & Knight LLP,
515 E Las Olas Blvd Ste 1200
Fort Lauderdale, FL 33301-4249**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.26 5 | **RREF III-P Doral Office, LP** | | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**c/o Holland & Knight LLP, Joaqin
Alemany
701 Brickell Ave Ste 3300
Miami, FL 33131-2847**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.26 6 | **Rufus Joseph** | | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**1600 N State Road 7
Lauderhill, FL 33313-5853**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                    Case number (if known)   **22-15156-AJC**

---

| 4.26 7 | **Shady Salib, MD** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**c/o M. Seese PA**
**101 NE 3rd Ave Ste 1270**
**Fort Lauderdale, FL 33301-1111**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.26 8 | **Sheldon Staller MD** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**221 SW 101st Ave**
**Fort Lauderdale, FL 33324-2256**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.26 9 | **SHRED-IT** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**28883 Network Pl**
**Chicago, IL 60673-1288**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                      Case number (If known)   **22-15156-AJC**

---

| 4.27 0 | **Simply Healthcare Plans Inc.** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name
**c/o Michael Cooley,
2501 N Harwood St Ste 1700
Dallas, TX 75201-1663**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.27 1 | **Solomon & Solomon Medical Clinic, LLC** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name

When was the debt incurred?

**150 S Pine Island Rd Ste 200
Plantation, FL 33324-2695**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.27 2 | **South Florida Pulmonary Care Inc.** | Last 4 digits of account number | unknown |

Nonpriority Creditor's Name
**c/o Ernesto Padron,
5733 NW 151st St
Miami Lakes, FL 33014-2481**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)    **22-15156-AJC**

| 4.27 3 | **Spectrum Business DBA Bright House Ntwk** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**PO Box 7195**
**Pasadena, CA 91109-7195**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.27 4 | **Sprint Wireless** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**6200 Sprint Pkwy**
**Overland Park, KS 66251-6117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.27 5 | **Staff Care, Inc.** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**8840 Cypress Waters Blvd Ste 300**
**Coppell, TX 75019-4630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**

Case number (if known)  **22-15156-AJC**

---

| 4.27 6 | **Stanton Keith Collins** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**20801 Biscayne Blvd Ste 456**
**Aventura, FL 33180-1430**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.27 7 | **Staples Business Advantage** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**Dept. ATL,**
**PO Box 405386**
**Atlanta, GA 30384-5386**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.27 8 | **Staples Business Advantage** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

**7 Technology Cir**
**Columbia, SC 29203-9591**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**  Case number (if known)  **22-15156-AJC**

---

| 4.27 9 | **Stericycle, Inc.** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**Billing Dept.**
**PO Box 6582**
**Carol Stream, IL 60197-6582**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.28 0 | **Steven Feldman, MD** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**7351 W Oakland Park Blvd**
**Lauderhill, FL 33319-7107**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.28 1 | **Stoll Keenon Ogden PLLC** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**500 W Jefferson St Ste 2000**
**Louisville, KY 40202-2828**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                         Case number (if known)  **22-15156-AJC**

---

| 4.28 2 | **Strategic Management Services, LLC** | Last 4 digits of account number _____ | unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**5911 Kingstowne Village Pkwy Ste 300**
**Alexandria, VA 22315-4647**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ Disputed

**Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.28 3 | **Sunmed Health Center Inc.** | Last 4 digits of account number _____ | unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| 4.28 4 | **Sussman Staller, MD PA** | Last 4 digits of account number _____ | unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**150 S Pine Island Rd Ste 200**
**Plantation, FL 33324-2695**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

**4.28 5**

**Tabas & Soloff, PA**
Nonpriority Creditor's Name

**25 SE 2nd Ave Ste 248**
**Miami, FL 33131-1508**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.28 6**

**Taylors Pharmacy**
Nonpriority Creditor's Name
**Att: Mary Maxwell,**
**306 S Park Ave**
**Winter Park, FL 32789-4318**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.28 7**

**The Weinbach Group**
Nonpriority Creditor's Name

**7301 SW 57th Ct Ste 550**
**Miami, FL 33143-5334**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                                           Case number (if known)    **22-15156-AJC**

---

| 4.28 8 | **Torys LLP** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name

**1114 Avenue of the Americas Fl 23**
**New York, NY 10036-7703**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.28 9 | **UHMC** | Last 4 digits of account number | **$7,500.00** |

Nonpriority Creditor's Name

**1400 NW 12th Ave**
**Miami, FL 33136-1003**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

| 4.29 0 | **United Healthcare Insurance Co.** | Last 4 digits of account number | **unknown** |

Nonpriority Creditor's Name
**UHS Premium Billing,**
**PO Box 94017**
**Palatine, IL 60094-4017**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Debtor 1  **Moffly, Edward Kane Jr.**                               Case number (if known)   **22-15156-AJC**

---

| 4.29<br>1 | **United Healthcare Insurance Co.** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

**Att: CDM/Bankruptcy,**
**185 Asylum St # 3B**
**Hartford, CT 06103-3408**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.29<br>2 | **United Medical Industries Corp.** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

**8603 NW 66th St**
**Miami, FL 33166-2670**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.29<br>3 | **United Medical Ventures, LLC** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

**404 E Oakland Park Blvd**
**Wilton Manors, FL 33334-2150**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1 __Moffly, Edward Kane Jr.__     Case number (if known) __22-15156-AJC__

| 4.29 4 | **University of California** | | **Last 4 digits of account number** _____ | **$3,000.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1000 W Carson St Bldg 3**
**Torrance, CA 90502-2004**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify __Medical Bill__

☐ Yes

---

| 4.29 5 | **University of Miami** | | **Last 4 digits of account number** _____ | **$4,000.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1400 NW 12th Ave**
**Miami, FL 33136-1003**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify __Medical Bill__

☐ Yes

---

| 4.29 6 | **Unum Life Insurance Company of America** | | **Last 4 digits of account number** _____ | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 409548**
**Atlanta, GA 30384-9548**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

■ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify _____

☐ Yes

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)  **22-15156-AJC**

---

**4.29
7**

**US Health Exchange**
Nonpriority Creditor's Name

**9100 NW 36th St Ste 110**
**Doral, FL 33178-2432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.29
8**

**USCB America**
Nonpriority Creditor's Name

**355 S Grand Ave Ste 3200**
**Los Angeles, CA 90071-1591**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$3,129.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.29
9**

**Vanessa Victorero**
Nonpriority Creditor's Name

**9250 NW 36th St Ste 420**
**Miami, FL 33178-2775**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Moffly, Edward Kane Jr.**                                          Case number (if known)   **22-15156-AJC**

---

| 4.30 0 | **Ver Ploeg & Marino PA** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**9100 NW 36th St Ste 110**
**Doral, FL 33178-2432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.30 1 | **Ver Ploeg & Marino PA** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**9100 NW 36th St Ste 110**
**Doral, FL 33178-2432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.30 2 | **Ver Ploeg & Marino PA** | Last 4 digits of account number _____ | unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

**100 SE 2nd St Fl 30**
**Miami, FL 33131-2194**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Moffly, Edward Kane Jr.**                                                  Case number (if known)    **22-15156-AJC**

---

| 4.30 3 | **Vitalgenix Health & Wellness LLC** |
|---|---|

Nonpriority Creditor's Name

**c/o Thomas Allison, Esq.**
**180 N Park Ave Ste 2A**
**Winter Park, FL 32789-7401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.30 4 | **VRG Portfolio Holdings LLC** |
|---|---|

Nonpriority Creditor's Name

**c/o Jerry Switzer Jr,**
**150 N Riverside Plz Ste 3000**
**Chicago, IL 60606-1599**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.30 5 | **Vstock Transfer LLC** |
|---|---|

Nonpriority Creditor's Name

**18 Lafayette Pl**
**Woodmere, NY 11598-2138**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1 **Moffly, Edward Kane Jr.**

Case number (if known) **22-15156-AJC**

---

| 4.30 6 | **W.B. Mason Co. Inc.** | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

**PO Box 981101**
**Boston, MA 02298-1101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.30 7 | **WeirFoulds LLP** | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name

**4100-66 Wellington St. W.  POB 35**
**Toronto Canada   M5K 1-B7**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.30 8 | **Wellcare of Florida Inc.** | | Last 4 digits of account number | | | unknown |

Nonpriority Creditor's Name
**c/o McGuire Woods LLP,**
**77 W Wacker Dr Ste 4100**
**Chicago, IL 60601-1683**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**

Case number (if known)  **22-15156-AJC**

---

| 4.30 9 | **Wellstar Atlanta Medical Center, Inc.** | |
|---|---|---|

Nonpriority Creditor's Name

**c/o Meadows & Ohly, LLC,**
**275 Scientific Dr Ste 1000**
**Peachtree Corners, GA 30092-3311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.31 0 | **Wesoloski Carlson PA** | |
|---|---|---|

Nonpriority Creditor's Name

**Att: Erik Wesoloski, Esq.**
**848 Brickell Ave Ste 302**
**Miami, FL 33131-2915**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.31 1 | **William Steele** | |
|---|---|---|

Nonpriority Creditor's Name

**251 NW 23rd St**
**Miami, FL 33127-4315**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   unknown

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number (if known)   **22-15156-AJC**

---

**4.31 2**

**William Steele Holdings LLC**
Nonpriority Creditor's Name

**251 NW 23rd St**
**Miami, FL 33127-4315**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____               **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.31 3**

**Withum, Smith & Brown PC**
Nonpriority Creditor's Name

**200 S Orange Ave Ste 1200**
**Orlando, FL 32801-3446**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____               **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Miller Law Firm**
**950 W University Dr Ste 300**
**Rochester, MI 48307-1887**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.202** of (Check one):        ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 200,000.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 4,626,145.03 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 4,826,145.03 |

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 121 of 122

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                     Case number (if known)   **22-15156-AJC**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $              16,000.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $                     0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $                     0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $          4,867,342.46 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $          4,883,342.46 |

**Fill in this information to identify your case:**

| Debtor 1 | **Edward Kane Moffly, Jr.** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION | | |
| Case number | 22-15156-AJC | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br><br>Number   Street<br><br>City            State        ZIP Code | |
| **2.2** Name<br><br>Number   Street<br><br>City            State        ZIP Code | |
| **2.3** Name<br><br>Number   Street<br><br>City            State        ZIP Code | |
| **2.4** Name<br><br>Number   Street<br><br>City            State        ZIP Code | |
| **2.5** Name<br><br>Number   Street<br><br>City            State        ZIP Code | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edward Kane Moffly, Jr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number | **22-15156-AJC** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106H
# Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Hygea Holdings**<br><br>**2209021 Ontario Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.1**___<br>☐ Schedule G _____ |
| 3.2   **Hygea Holdings**<br><br>**Accountemps** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.3**___<br>☐ Schedule G _____ |
| 3.3   **Hygea Holdings**<br><br>**Adaptive Healthcare Solutions LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.4**___<br>☐ Schedule G _____ |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)*  **22-15156-AJC**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.5**___<br>☐ Schedule G _____<br>**Adler Office Associates, LLC** |
| 3.5  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.6**___<br>☐ Schedule G _____<br>**ADT Security Services Inc.** |
| 3.6  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.7**___<br>☐ Schedule G _____<br>**Advisory Trust Group as Trustee Hygea** |
| 3.7  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.9**___<br>☐ Schedule G _____<br>**Aetna Inc.** |
| 3.8  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.10**___<br>☐ Schedule G _____<br>**AFLAC** |
| 3.9  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.11**___<br>☐ Schedule G _____<br>**Akerman, LLP** |
| 3.10  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.12**___<br>☐ Schedule G _____<br>**Alan M. Schwartz** |
| 3.11  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.13**___<br>☐ Schedule G _____<br>**Alberto Marrero Arias** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                          Case number *(if known)*  **22-15156-AJC**

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.12  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.14**___
☐ Schedule G _____
**Aldrich Cardiovascular Institute**

3.13  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**Alexander Tirado**

3.14  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**All Care Management Services, Inc.**

3.15  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Allertech Laboratories Inc.**

3.16  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Alleus Health Ltd. DBA Alleus Health**

3.17  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.20**___
☐ Schedule G _____
**Amir and Faye Fahmy**

3.18  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.21**___
☐ Schedule G _____
**Amir Fahmy MD, PA**

3.19  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.22**___
☐ Schedule G _____
**AmTrust North America Inc. OBO Technolog**

Debtor 1  **Moffly, Edward Kane Jr.**                                      Case number *(if known)*  **22-15156-AJC**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Anda, Inc.** |
| 3.21  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Anda, Inc.** |
| 3.22  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Archive America Limited** |
| 3.23  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Arlene E. Richards, MD PA** |
| 3.24  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Arthur J. Gallagher Risk Management Svcs** |
| 3.25  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**AT&T** |
| 3.26  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Ballard Spahr LLP** |
| 3.27  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Ballard Spahr LLP** |

Debtor 1 __Moffly, Edward Kane Jr.__                                    Case number *(if known)*  __22-15156-AJC__

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|

3.28   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.32__
☐ Schedule G _____
**Barry Smith MD, PC**

3.29   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.33__
☐ Schedule G _____
**Beedie Investments Ltd.**

3.30   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.34__
☐ Schedule G _____
**Biomed Medical Compliance**

3.31   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.35__
☐ Schedule G _____
**Blalock & Walters, PA**

3.32   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.36__
☐ Schedule G _____
**Bridging Finance Inc.**

3.33   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.37__
☐ Schedule G _____
**Brinks Home Security**

3.34   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.38__
☐ Schedule G _____
**Broad & Cassell**

3.35   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.39__
☐ Schedule G _____
**Bruce Romanello**

Debtor 1   **Moffly, Edward Kane Jr.**                                    Case number *(if known)*   **22-15156-AJC**

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.36   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.40**
☐ Schedule G _____
**Capital City Consulting, LLC**

3.37   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.41**
☐ Schedule G _____
**Capital Office Products**

3.38   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.42**
☐ Schedule G _____
**Cardinal Health 414 LLC**

3.39   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.43**
☐ Schedule G _____
**Cardiology Consultants of W. Broward PA**

3.40   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.44**
☐ Schedule G _____
**Carl Rosenkratz, MD**

3.41   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.45**
☐ Schedule G _____
**CEA Atlantic Advisors, LLC**

3.42   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.46**
☐ Schedule G _____
**Centurion Financial Trust**

3.43   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.47**
☐ Schedule G _____
**Chaker Dahan, MD**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)*  **22-15156-AJC**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.44  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.48___
☐ Schedule G _____
**Change Healthcare**

3.45  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.49___
☐ Schedule G _____
**Chrysler Capital**

3.46  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.51___
☐ Schedule G _____
**Claudia Pena**

3.47  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.52___
☐ Schedule G _____
**Claudio F. Arellano**

3.48  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.53___
☐ Schedule G _____
**Clear Capital Advisors LLC**

3.49  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.54___
☐ Schedule G _____
**Clifton Larson Allen LLP**

3.50  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.55___
☐ Schedule G _____
**Clifton Larson Allen LLP**

3.51  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.56___
☐ Schedule G _____
**Coffey Burlington, PL**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)*  **22-15156-AJC**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.57**__<br>☐ Schedule G _____<br>**Comcast** |
| 3.53   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.58**__<br>☐ Schedule G _____<br>**Cormack Securities Ltd.** |
| 3.54   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.59**__<br>☐ Schedule G _____<br>**Coverall of South Florida, Inc.** |
| 3.55   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.60**__<br>☐ Schedule G _____<br>**Ct Solutions, Inc.** |
| 3.56   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.61**__<br>☐ Schedule G _____<br>**Cypress Real Estate Investments LLC** |
| 3.57   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.62**__<br>☐ Schedule G _____<br>**Dan K. Miller** |
| 3.58   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.63**__<br>☐ Schedule G _____<br>**Daniel T. McGowan** |
| 3.59   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.64**__<br>☐ Schedule G _____<br>**David Hernandez** |

Debtor 1  **Moffly, Edward Kane Jr.**                                Case number *(if known)*  **22-15156-AJC**

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>**David Zirulnikoff** |
| 3.61  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>**De Lage Landen Financial Services** |
| 3.62  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>**Denarii Systems** |
| 3.63  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>**Denis Kleinfeld** |
| 3.64  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**DLL Group** |
| 3.65  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**Dorsey & Whitney LLP** |
| 3.66  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>**Dr. Irwin & Valerie Solomon** |
| 3.67  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Dr. Valerie Solomon** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                          Case number *(if known)*   **22-15156-AJC**

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.68  **Hygea Holdings**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.73__
☐ Schedule G _____
**Dubbin & Kravetz, LLP**

3.69  **Hygea Holdings**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.74__
☐ Schedule G _____
**Eclinicalworks, LLC**

3.70  **Hygea Holdings**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.75__
☐ Schedule G _____
**Electromed Solutions, LLC**

3.71  **Hygea Holdings**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.76__
☐ Schedule G _____
**Elite Recreational Finance**

3.72  **Hygea Holdings**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.77__
☐ Schedule G _____
**Enrique Cadena**

3.73  **Hygea Holdings**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.78__
☐ Schedule G _____
**Epifania Colon Burgos**

3.74  **Hygea Holdings**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.79__
☐ Schedule G _____
**Erica R. Williams**

3.75  **Hygea Holdings**

☐ Schedule D, line _____
▮ Schedule E/F, line __4.80__
☐ Schedule G _____
**Ernesto Izquierdo**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.** _____    Case number *(if known)*  **22-15156-AJC**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.76  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.82**__<br>☐ Schedule G _____<br>**Estate of Charles Lee Baston** |
| 3.77  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.83**__<br>☐ Schedule G _____<br>**Estate of Howard Sussman, MD** |
| 3.78  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.85**__<br>☐ Schedule G _____<br>**Ewal B.  Persaud Jr.** |
| 3.79  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.86**__<br>☐ Schedule G _____<br>**Ewaul Barrington Persuad** |
| 3.80  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.87**__<br>☐ Schedule G _____<br>**Fifth Third Bank** |
| 3.81  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.88**__<br>☐ Schedule G _____<br>**Financial Pacific Leasing Inc.** |
| 3.82  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.89**__<br>☐ Schedule G _____<br>**First Harbour Health Management LLC** |
| 3.83  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.90**__<br>☐ Schedule G _____<br>**First Harbour Medical Centers, LLC** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.** _____     Case number *(if known)*  **22-15156-AJC**

| ⬛ | **Additional Page to List More Codebtors** |
| --- | --- |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.84  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>**First Insurance Funding Corp.** |
| 3.85  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**Fischer Family Trust** |
| 3.86  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.93__<br>☐ Schedule G _____<br>**Fleming PLLC** |
| 3.87  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.94__<br>☐ Schedule G _____<br>**Florida Blue** |
| 3.88  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.1__<br>☐ Schedule G _____<br>**Florida Department of Financial Services** |
| 3.89  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.2__<br>☐ Schedule G _____<br>**Florida Department of Revenue** |
| 3.90  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.95__<br>☐ Schedule G _____<br>**Florida Group Healthcare, LLC** |
| 3.91  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.96__<br>☐ Schedule G _____<br>**Florida Hospital Physician Network, LLC** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                      Case number *(if known)*    **22-15156-AJC**

---

█ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.92    **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.97**___
☐ Schedule G _____
**Florida Institute of Health, Ltd. LLLP**

---

3.93    **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.98**___
☐ Schedule G _____
**FPL**

---

3.94    **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.99**___
☐ Schedule G _____
**Francis Kelly**

---

3.95    **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.100**___
☐ Schedule G _____
**Franz Rakusa**

---

3.96    **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.101**___
☐ Schedule G _____
**Frederick Miles Chaleff, MD**

---

3.97    **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.102**___
☐ Schedule G _____
**Freedom Health Inc.**

---

3.98    **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.103**___
☐ Schedule G _____
**Gabriel Perez**

---

3.99    **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.104**___
☐ Schedule G _____
**Gabriel Perez & Frank Rakusa**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number *(if known)*    **22-15156-AJC**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.100    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.105**__<br>☐ Schedule G _____<br>**Gemini Healthcare Fund, LLC** |
| 3.101    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.107**__<br>☐ Schedule G _____<br>**Genesis Research International LLC** |
| 3.102    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.108**__<br>☐ Schedule G _____<br>**George R. Levie CPA PA** |
| 3.103    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.3**__<br>☐ Schedule G _____<br>**Georgia Department of Revenue** |
| 3.104    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.4**__<br>☐ Schedule G _____<br>**Georgia Department of Revenue** |
| 3.105    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.109**__<br>☐ Schedule G _____<br>**Gordon Systems** |
| 3.106    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.110**__<br>☐ Schedule G _____<br>**Gordon Systems** |
| 3.107    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.111**__<br>☐ Schedule G _____<br>**Gray Robinson Law Firm** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1 __Moffly, Edward Kane Jr.__                                    Case number *(if known)*   __22-15156-AJC__

| Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

**3.108**   Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line __4.112__
☐ Schedule G _____
**Great America Financial Services Corp**

**3.109**   Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line __4.113__
☐ Schedule G _____
**Great America Financial Services Corp**

**3.110**   Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line __4.114__
☐ Schedule G _____
**Great America Financial Services Corp**

**3.111**   Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line __4.115__
☐ Schedule G _____
**Greenberg Traurig PA**

**3.112**   Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line __4.116__
☐ Schedule G _____
**Gustavo Camargo, MD**

**3.113**   Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line __4.117__
☐ Schedule G _____
**Halos Systems LLC**

**3.114**   Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line __4.118__
☐ Schedule G _____
**Harvey Birdman**

**3.115**   Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line __4.119__
☐ Schedule G _____
**HBST Enterprises, Inc.**

Debtor 1  **Moffly, Edward Kane Jr.**                                          Case number *(if known)*  **22-15156-AJC**

---

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11<br>6  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.120**___<br>☐ Schedule G _____<br>**Healthexcel, Ltd.** |
| 3.11<br>7  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.121**___<br>☐ Schedule G _____<br>**Healthfusion** |
| 3.11<br>8  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.122**___<br>☐ Schedule G _____<br>**Hilaire Louis Fernandes, MD** |
| 3.11<br>9  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.123**___<br>☐ Schedule G _____<br>**Hines VAF II Doral, LP** |
| 3.12<br>0  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.124**___<br>☐ Schedule G _____<br>**HTA Camp Creek, LLC** |
| 3.12<br>1  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.125**___<br>☐ Schedule G _____<br>**Humana Care Plan** |
| 3.12<br>2  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.126**___<br>☐ Schedule G _____<br>**Humana Inc. et al** |
| 3.12<br>3  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.127**___<br>☐ Schedule G _____<br>**HYG LLC** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  __Moffly, Edward Kane Jr.__                              Case number *(if known)*  __22-15156-AJC__

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.124 **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.128__ <br> ☐ Schedule G _____ <br> **Hygea Acquisitions Longwood, LLC** |
| 3.125 **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.129__ <br> ☐ Schedule G _____ <br> **Hygea Holdings Corp.** |
| 3.126 **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.130__ <br> ☐ Schedule G _____ <br> **Hygea IGP of Central Florida, Inc.** |
| 3.127 **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.131__ <br> ☐ Schedule G _____ <br> **Hygea IGP, LLC** |
| 3.128 **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.132__ <br> ☐ Schedule G _____ <br> **Hygea Medical Centers of Florida, LLC** |
| 3.129 **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.133__ <br> ☐ Schedule G _____ <br> **Hygea Medical Partners LLC** |
| 3.130 **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.134__ <br> ☐ Schedule G _____ <br> **Hygea of Delaware, LLC** |
| 3.131 **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.135__ <br> ☐ Schedule G _____ <br> **Hygea of Georgia, LLC** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                          Case number *(if known)*   **22-15156-AJC**

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13 2   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.136__<br>☐ Schedule G _____<br>**Hygea of Pembroke Pines, LLC** |
| 3.13 3   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.137__<br>☐ Schedule G _____<br>**Hygea Primum Acquisitions, Inc.** |
| 3.13 4   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.138__<br>☐ Schedule G _____<br>**Hygea South Florida Inc** |
| 3.13 5   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.139__<br>☐ Schedule G _____<br>**Ihealthcare, Inc** |
| 3.13 6   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.140__<br>☐ Schedule G _____<br>**INPHYNET S. Broward, LLC** |
| 3.13 7   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.141__<br>☐ Schedule G _____<br>**Integrated Healthcare Resources Ltd.** |
| 3.13 8   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.142__<br>☐ Schedule G _____<br>**International City Building LLC** |
| 3.13 9   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.143__<br>☐ Schedule G _____<br>**IPFS Corporation** |

Debtor 1 **Moffly, Edward Kane Jr.**                              Case number *(if known)* **22-15156-AJC**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.140  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.5__<br>☐ Schedule G _____<br>**IRS** |
| 3.141  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.6__<br>☐ Schedule G _____<br>**IRS** |
| 3.142  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.7__<br>☐ Schedule G _____<br>**IRS** |
| 3.143  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.8__<br>☐ Schedule G _____<br>**IRS** |
| 3.144  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.9__<br>☐ Schedule G _____<br>**IRS** |
| 3.145  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.10__<br>☐ Schedule G _____<br>**IRS** |
| 3.146  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.11__<br>☐ Schedule G _____<br>**IRS** |
| 3.147  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.12__<br>☐ Schedule G _____<br>**IRS** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                        Case number *(if known)*  **22-15156-AJC**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.148  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.13__<br>☐ Schedule G _____<br>**IRS** |
| 3.149  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.14__<br>☐ Schedule G _____<br>**IRS** |
| 3.150  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.15__<br>☐ Schedule G _____<br>**IRS** |
| 3.151  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.16__<br>☐ Schedule G _____<br>**IRS** |
| 3.152  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.17__<br>☐ Schedule G _____<br>**IRS** |
| 3.153  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.18__<br>☐ Schedule G _____<br>**IRS** |
| 3.154  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.19__<br>☐ Schedule G _____<br>**IRS** |
| 3.155  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.20__<br>☐ Schedule G _____<br>**IRS** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)*  **22-15156-AJC**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.15 6 **Hygea Holdings** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.21__ ☐ Schedule G _____ **IRS** |
| 3.15 7 **Hygea Holdings** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.22__ ☐ Schedule G _____ **IRS** |
| 3.15 8 **Hygea Holdings** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.23__ ☐ Schedule G _____ **IRS** |
| 3.15 9 **Hygea Holdings** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.24__ ☐ Schedule G _____ **IRS** |
| 3.16 0 **Hygea Holdings** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.25__ ☐ Schedule G _____ **IRS** |
| 3.16 1 **Hygea Holdings** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.26__ ☐ Schedule G _____ **IRS** |
| 3.16 2 **Hygea Holdings** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.27__ ☐ Schedule G _____ **IRS** |
| 3.16 3 **Hygea Holdings** | ☐ Schedule D, line _____ ■ Schedule E/F, line __2.28__ ☐ Schedule G _____ **IRS** |

Debtor 1   **Moffly, Edward Kane Jr.**                        Case number *(if known)*   **22-15156-AJC**

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.16 4    **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**2.29**__ <br> ☐ Schedule G _____ <br> **IRS** |
| 3.16 5    **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**2.30**__ <br> ☐ Schedule G _____ <br> **IRS** |
| 3.16 6    **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**2.31**__ <br> ☐ Schedule G _____ <br> **IRS** |
| 3.16 7    **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**2.32**__ <br> ☐ Schedule G _____ <br> **IRS** |
| 3.16 8    **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**2.33**__ <br> ☐ Schedule G _____ <br> **IRS** |
| 3.16 9    **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**2.34**__ <br> ☐ Schedule G _____ <br> **IRS** |
| 3.17 0    **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**2.35**__ <br> ☐ Schedule G _____ <br> **IRS** |
| 3.17 1    **Hygea Holdings** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __**2.36**__ <br> ☐ Schedule G _____ <br> **IRS** |

Debtor 1 **Moffly, Edward Kane Jr.**                      Case number *(if known)* **22-15156-AJC**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.17 2        **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.37**___
☐ Schedule G _____
**IRS**

3.17 3        **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.38**___
☐ Schedule G _____
**IRS**

3.17 4        **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.39**___
☐ Schedule G _____
**IRS**

3.17 5        **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.40**___
☐ Schedule G _____
**IRS**

3.17 6        **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.41**___
☐ Schedule G _____
**IRS**

3.17 7        **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.42**___
☐ Schedule G _____
**IRS**

3.17 8        **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.43**___
☐ Schedule G _____
**IRS**

3.17 9        **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.144**___
☐ Schedule G _____
**IT Professional Business Solutions LLC**

Debtor 1  **Moffly, Edward Kane Jr.**                        Case number *(if known)*  **22-15156-AJC**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.180  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.145**___<br>☐ Schedule G _____<br>**Ivette Cardona Ruelle** |
| 3.181  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.146**___<br>☐ Schedule G _____<br>**J.L. Quality Companies of Florida** |
| 3.182  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.147**___<br>☐ Schedule G _____<br>**Jack Mann** |
| 3.183  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.148**___<br>☐ Schedule G _____<br>**Jaime Costa** |
| 3.184  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.149**___<br>☐ Schedule G _____<br>**Jerry Neugebaur** |
| 3.185  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.150**___<br>☐ Schedule G _____<br>**Joe Campanella** |
| 3.186  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.151**___<br>☐ Schedule G _____<br>**Joel Matthew Jancko, MD** |
| 3.187  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.152**___<br>☐ Schedule G _____<br>**John Lindsay** |

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                     Case number *(if known)*   **22-15156-AJC**

| ██ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.18 8**   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.153**
☐ Schedule G _____
**John Vincent Williams, MD**

---

**3.18 9**   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.154**
☐ Schedule G _____
**Jose Alejandro Ruiz Polo**

---

**3.19 0**   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.155**
☐ Schedule G _____
**Joseph Larue Richter MD**

---

**3.19 1**   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.156**
☐ Schedule G _____
**Juan Arteaga**

---

**3.19 2**   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.157**
☐ Schedule G _____
**Kaempfer Crowell Ltd.**

---

**3.19 3**   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.158**
☐ Schedule G _____
**Kaplan Cottner**

---

**3.19 4**   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.159**
☐ Schedule G _____
**Katalyst FP LLP**

---

**3.19 5**   **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.160**
☐ Schedule G _____
**Kathy Gingrich Lubbers**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)*  **22-15156-AJC**

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19<br>6  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.161**___<br>☐ Schedule G _____<br>**Kelly Law Firm PC** |
| 3.19<br>7  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.162**___<br>☐ Schedule G _____<br>**Kroll Discovery** |
| 3.19<br>8  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.163**___<br>☐ Schedule G _____<br>**Kyrenia Sanchez** |
| 3.19<br>9  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.164**___<br>☐ Schedule G _____<br>**Lawrence R. Klar, Jr** |
| 3.20<br>0  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.165**___<br>☐ Schedule G _____<br>**Leistner Group LLC** |
| 3.20<br>1  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.166**___<br>☐ Schedule G _____<br>**Lifestyle Marine** |
| 3.20<br>2  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.167**___<br>☐ Schedule G _____<br>**Louis A. Biasi** |
| 3.20<br>3  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.168**___<br>☐ Schedule G _____<br>**Lucia Beltre** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)*  **22-15156-AJC**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20 4  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.169__<br>☐ Schedule G _____<br>**Magalie Samson** |
| 3.20 5  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.170__<br>☐ Schedule G _____<br>**Manasota Medical Management Consultants** |
| 3.20 6  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.171__<br>☐ Schedule G _____<br>**Manuel E. Iglesias** |
| 3.20 7  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.172__<br>☐ Schedule G _____<br>**Manuel E. Iglesias, P.A.** |
| 3.20 8  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.173__<br>☐ Schedule G _____<br>**Marc Sussman, CPA** |
| 3.20 9  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.174__<br>☐ Schedule G _____<br>**Mario Medina** |
| 3.21 0  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.175__<br>☐ Schedule G _____<br>**Marko & Magolnick PA** |
| 3.21 1  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.176__<br>☐ Schedule G _____<br>**Martha Castillo** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                    Case number *(if known)*   **22-15156-AJC**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.21<br>2    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.177**__<br>☐ Schedule G _____<br>**MDM Worldwide Solutions** |
| 3.21<br>3    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.178**__<br>☐ Schedule G _____<br>**Med Plan Clinic LLC** |
| 3.21<br>4    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.179**__<br>☐ Schedule G _____<br>**Med Plan Quality Care Centers LLC** |
| 3.21<br>5    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.180**__<br>☐ Schedule G _____<br>**Medical Arts Pharmacy of Sarasota LLC** |
| 3.21<br>6    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.181**__<br>☐ Schedule G _____<br>**Medical Center of Winston Towers, Inc.** |
| 3.21<br>7    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.182**__<br>☐ Schedule G _____<br>**Medical Services LLC** |
| 3.21<br>8    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.183**__<br>☐ Schedule G _____<br>**Medlife Activity Center, LLC** |
| 3.21<br>9    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.184**__<br>☐ Schedule G _____<br>**Medsol Partners LLC** |

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)*  **22-15156-AJC**

| | |
|---|---|
| ▓ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.22 0  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.185__
☐ Schedule G _____
**Medtronic Inc**

3.22 1  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.186__
☐ Schedule G _____
**Mega Holdings, Inc.**

3.22 2  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.187__
☐ Schedule G _____
**Merz North America Inc.**

3.22 3  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.188__
☐ Schedule G _____
**MEV Studios**

3.22 4  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.189__
☐ Schedule G _____
**Miami Security Systems**

3.22 5  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.190__
☐ Schedule G _____
**Michael E. Horowitz,  MD**

3.22 6  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.191__
☐ Schedule G _____
**Microsoft**

3.22 7  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.192__
☐ Schedule G _____
**Mid Florida Adult Medicine LLC**

Debtor 1  **Moffly, Edward Kane Jr.**  Case number *(if known)*  **22-15156-AJC**

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |

**3.22 8**  Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.193**___
☐ Schedule G _____
**Miguel Burgos, MD**

**3.22 9**  Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.194**___
☐ Schedule G _____
**Mike Segal**

**3.23 0**  Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.195**___
☐ Schedule G _____
**Milner, Inc.**

**3.23 1**  Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.196**___
☐ Schedule G _____
**Miriam Zapata**

**3.23 2**  Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.197**___
☐ Schedule G _____
**MNP, LLP**

**3.23 3**  Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.198**___
☐ Schedule G _____
**Mobile Clinic Services, LLC**

**3.23 4**  Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.201**___
☐ Schedule G _____
**MSP Recovery LLC**

**3.23 5**  Hygea Holdings

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.202**___
☐ Schedule G _____
**N5HYG, LLC**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                           Case number *(if known)*  **22-15156-AJC**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.23<br>6   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.203**___<br>☐ Schedule G _____<br>**Natasha Williamson** |
| 3.23<br>7   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.204**___<br>☐ Schedule G _____<br>**National Healthcare Brokers** |
| 3.23<br>8   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.205**___<br>☐ Schedule G _____<br>**Nelson Mullins Riley & Scarborough** |
| 3.23<br>9   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.206**___<br>☐ Schedule G _____<br>**Neptune Beach Practice Management** |
| 3.24<br>0   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.207**___<br>☐ Schedule G _____<br>**Nevada 5, Inc.** |
| 3.24<br>1   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.208**___<br>☐ Schedule G _____<br>**Nextgen Healthcare Inc.** |
| 3.24<br>2   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.209**___<br>☐ Schedule G _____<br>**Norcal Mutual Insurance Company** |
| 3.24<br>3   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.210**___<br>☐ Schedule G _____<br>**Norman Gaylis MD, PA** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                              Case number *(if known)*  **22-15156-AJC**

| | |
|---|---|
| ███ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24<br>4 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.211**__<br>☐ Schedule G _____<br>**Norman Roder** |

| | |
|---|---|
| 3.24<br>5 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.212**__<br>☐ Schedule G _____<br>**Orellano, LLC** |

| | |
|---|---|
| 3.24<br>6 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.213**__<br>☐ Schedule G _____<br>**Orlando Benitez, MD** |

| | |
|---|---|
| 3.24<br>7 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.214**__<br>☐ Schedule G _____<br>**Pablo Urbandt MD** |

| | |
|---|---|
| 3.24<br>8 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.215**__<br>☐ Schedule G _____<br>**Palm A. C. MSO, LLC** |

| | |
|---|---|
| 3.24<br>9 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.216**__<br>☐ Schedule G _____<br>**Palm Allcare Medicaid MSO, LLC** |

| | |
|---|---|
| 3.25<br>0 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.217**__<br>☐ Schedule G _____<br>**Palm Allcare MSO, Inc.** |

| | |
|---|---|
| 3.25<br>1 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.218**__<br>☐ Schedule G _____<br>**Palm Medical Network, LLC** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                          Case number *(if known)*  **22-15156-AJC**

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25<br>2  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.219**__<br>☐ Schedule G _____<br>**Palm MSO System, Inc.** |
| 3.25<br>3  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.220**__<br>☐ Schedule G _____<br>**Palm PGA MSO, LLC** |
| 3.25<br>4  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.221**__<br>☐ Schedule G _____<br>**Palm Square Center, LLC** |
| 3.25<br>5  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.222**__<br>☐ Schedule G _____<br>**Palma Ceia Storage, Inc.** |
| 3.25<br>6  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.223**__<br>☐ Schedule G _____<br>**Palmetto 103 Properties, LLC** |
| 3.25<br>7  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.224**__<br>☐ Schedule G _____<br>**Pamela Reusch** |
| 3.25<br>8  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.225**__<br>☐ Schedule G _____<br>**Patagonia Global Trading LLC** |
| 3.25<br>9  **Hygea Holdings** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.226**__<br>☐ Schedule G _____<br>**Patricia Martindale, MD PA** |

Debtor 1  **Moffly, Edward Kane Jr.**                              Case number *(if known)*  **22-15156-AJC**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.26<br>0   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.227__<br>☐ Schedule G _____<br>**Patricia Weldon** |
| 3.26<br>1   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.228__<br>☐ Schedule G _____<br>**PEBB Enterprises LLC** |
| 3.26<br>2   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.229__<br>☐ Schedule G _____<br>**Pedrianes Holdings, LLC** |
| 3.26<br>3   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.230__<br>☐ Schedule G _____<br>**Pedro Pedrianes** |
| 3.26<br>4   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.231__<br>☐ Schedule G _____<br>**Perez & Rodriguez, PA** |
| 3.26<br>5   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.232__<br>☐ Schedule G _____<br>**Perfectserve, Inc.** |
| 3.26<br>6   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.233__<br>☐ Schedule G _____<br>**Pfizer** |
| 3.26<br>7   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.234__<br>☐ Schedule G _____<br>**Physician Hospital Alliance** |

Debtor 1  **Moffly, Edward Kane Jr.**                    Case number *(if known)*  **22-15156-AJC**

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.26 8 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.235**___<br>☐ Schedule G _____<br>**Physician Management Associates SE, LLC** |
| 3.26 9 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.236**___<br>☐ Schedule G _____<br>**Physicians Care Centers of Alanta, LLC** |
| 3.27 0 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.237**___<br>☐ Schedule G _____<br>**Physicians Care Centers of Kissimmee LLC** |
| 3.27 1 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.238**___<br>☐ Schedule G _____<br>**Physicians Practice Management Assoc.** |
| 3.27 2 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.239**___<br>☐ Schedule G _____<br>**Pie in the Sky Promotional Products** |
| 3.27 3 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.240**___<br>☐ Schedule G _____<br>**Pitney Bowes, Inc.** |
| 3.27 4 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.241**___<br>☐ Schedule G _____<br>**Podhurst Orseck, PA** |
| 3.27 5 | **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.242**___<br>☐ Schedule G _____<br>**Premier South Medical Group, PC** |

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)*  **22-15156-AJC**

▮  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.27<br>6    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.243**__<br>☐ Schedule G _____<br>**Primum Healthcare, LLC** |
| 3.27<br>7    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.244**__<br>☐ Schedule G _____<br>**Priority Healthcare Distribution Inc.** |
| 3.27<br>8    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.245**__<br>☐ Schedule G _____<br>**Professional Health Choice, Inc.** |
| 3.27<br>9    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.246**__<br>☐ Schedule G _____<br>**Provider Vision** |
| 3.28<br>0    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.247**__<br>☐ Schedule G _____<br>**Public Storage** |
| 3.28<br>1    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.248**__<br>☐ Schedule G _____<br>**Pure Water Technology of Georgia, LLC** |
| 3.28<br>2    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.249**__<br>☐ Schedule G _____<br>**Quest Diagnostics** |
| 3.28<br>3    **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.250**__<br>☐ Schedule G _____<br>**Quill Corportion** |

Debtor 1  **Moffly, Edward Kane Jr.**                          Case number *(if known)*  **22-15156-AJC**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.284  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.251**____<br>☐ Schedule G _____<br>**Radey Law Firm** |
| 3.285  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.252**____<br>☐ Schedule G _____<br>**Radey Thomas Yon & Clark PA** |
| 3.286  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.253**____<br>☐ Schedule G _____<br>**Raul Tamayo** |
| 3.287  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.254**____<br>☐ Schedule G _____<br>**Ray Gonzalez** |
| 3.288  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.255**____<br>☐ Schedule G _____<br>**Rene Gonzalez** |
| 3.289  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.256**____<br>☐ Schedule G _____<br>**Reyes & Reyes MD, PA** |
| 3.290  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.257**____<br>☐ Schedule G _____<br>**Reyes & Reyes MD, PA** |
| 3.291  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.258**____<br>☐ Schedule G _____<br>**RH Management Resources** |

Debtor 1  **Moffly, Edward Kane Jr.**                                    Case number *(if known)*  **22-15156-AJC**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.29<br>2  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.259**___<br>☐ Schedule G _____<br>**Ricoh USA Inc.** |
| 3.29<br>3  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.260**___<br>☐ Schedule G _____<br>**Robert Half International Inc.** |
| 3.29<br>4  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.261**___<br>☐ Schedule G _____<br>**Robert Mehl** |
| 3.29<br>5  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.262**___<br>☐ Schedule G _____<br>**Robert Montes** |
| 3.29<br>6  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.263**___<br>☐ Schedule G _____<br>**Rodolfo Rodriguez** |
| 3.29<br>7  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.264**___<br>☐ Schedule G _____<br>**RREEF America LLC** |
| 3.29<br>8  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.265**___<br>☐ Schedule G _____<br>**RREF III-P Doral Office, LP** |
| 3.29<br>9  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.266**___<br>☐ Schedule G _____<br>**Rufus Joseph** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**

Case number *(if known)*  **22-15156-AJC**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.300  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.267__<br>☐ Schedule G _____<br>**Shady Salib, MD** |
| 3.301  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.268__<br>☐ Schedule G _____<br>**Sheldon Staller MD** |
| 3.302  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.269__<br>☐ Schedule G _____<br>**SHRED-IT** |
| 3.303  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.270__<br>☐ Schedule G _____<br>**Simply Healthcare Plans Inc.** |
| 3.304  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.271__<br>☐ Schedule G _____<br>**Solomon & Solomon Medical Clinic, LLC** |
| 3.305  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.272__<br>☐ Schedule G _____<br>**South Florida Pulmonary Care Inc.** |
| 3.306  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.273__<br>☐ Schedule G _____<br>**Spectrum Business DBA Bright House Ntwk** |
| 3.307  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.274__<br>☐ Schedule G _____<br>**Sprint Wireless** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                   Case number *(if known)*  **22-15156-AJC**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.30 8  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line __4.275__
☐ Schedule G _____
**Staff Care, Inc.**

3.30 9  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line __4.276__
☐ Schedule G _____
**Stanton Keith Collins**

3.31 0  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line __4.277__
☐ Schedule G _____
**Staples Business Advantage**

3.31 1  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line __4.278__
☐ Schedule G _____
**Staples Business Advantage**

3.31 2  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line __2.45__
☐ Schedule G _____
**State of Florida - Dept. of Revenue**

3.31 3  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line __2.46__
☐ Schedule G _____
**State of Florida - Dept. of Revenue**

3.31 4  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line __4.279__
☐ Schedule G _____
**Stericycle, Inc.**

3.31 5  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line __4.280__
☐ Schedule G _____
**Steven Feldman, MD**

Debtor 1   **Moffly, Edward Kane Jr.**                                    Case number *(if known)*   **22-15156-AJC**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.316   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.281**___<br>☐ Schedule G _____<br>**Stoll Keenon Ogden PLLC** |
| 3.317   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.282**___<br>☐ Schedule G _____<br>**Strategic Management Services, LLC** |
| 3.318   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.283**___<br>☐ Schedule G _____<br>**Sunmed Health Center Inc.** |
| 3.319   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.284**___<br>☐ Schedule G _____<br>**Sussman Staller, MD PA** |
| 3.320   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.285**___<br>☐ Schedule G _____<br>**Tabas & Soloff, PA** |
| 3.321   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.286**___<br>☐ Schedule G _____<br>**Taylors Pharmacy** |
| 3.322   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.287**___<br>☐ Schedule G _____<br>**The Weinbach Group** |
| 3.323   **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.288**___<br>☐ Schedule G _____<br>**Torys LLP** |

Debtor 1  **Moffly, Edward Kane Jr.**　　　　　　　　　Case number *(if known)*  **22-15156-AJC**

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32<br>4　**Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.289**___<br>☐ Schedule G _____<br>**UHMC** |
| 3.32<br>5　**Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.290**___<br>☐ Schedule G _____<br>**United Healthcare Insurance Co.** |
| 3.32<br>6　**Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.291**___<br>☐ Schedule G _____<br>**United Healthcare Insurance Co.** |
| 3.32<br>7　**Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.292**___<br>☐ Schedule G _____<br>**United Medical Industries Corp.** |
| 3.32<br>8　**Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.293**___<br>☐ Schedule G _____<br>**United Medical Ventures, LLC** |
| 3.32<br>9　**Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.296**___<br>☐ Schedule G _____<br>**Unum Life Insurance Company of America** |
| 3.33<br>0　**Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.297**___<br>☐ Schedule G _____<br>**US Health Exchange** |
| 3.33<br>1　**Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.298**___<br>☐ Schedule G _____<br>**USCB America** |

Debtor 1 **Moffly, Edward Kane Jr.**                                    Case number *(if known)* **22-15156-AJC**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.33
2  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.299**___
☐ Schedule G _____
**Vanessa Victorero**

---

3.33
3  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.300**___
☐ Schedule G _____
**Ver Ploeg & Marino PA**

---

3.33
4  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.301**___
☐ Schedule G _____
**Ver Ploeg & Marino PA**

---

3.33
5  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.302**___
☐ Schedule G _____
**Ver Ploeg & Marino PA**

---

3.33
6  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.303**___
☐ Schedule G _____
**Vitalgenix Health & Wellness LLC**

---

3.33
7  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.304**___
☐ Schedule G _____
**VRG Portfolio Holdings LLC**

---

3.33
8  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.305**___
☐ Schedule G _____
**Vstock Transfer LLC**

---

3.33
9  **Hygea Holdings**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.306**___
☐ Schedule G _____
**W.B. Mason Co. Inc.**

---

Debtor 1  **Moffly, Edward Kane Jr.**                                Case number *(if known)*  **22-15156-AJC**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.340  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.307__<br>☐ Schedule G _____<br>**WeirFoulds LLP** |
| 3.341  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.308__<br>☐ Schedule G _____<br>**Wellcare of Florida Inc.** |
| 3.342  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.309__<br>☐ Schedule G _____<br>**Wellstar Atlanta Medical Center, Inc.** |
| 3.343  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.310__<br>☐ Schedule G _____<br>**Wesoloski Carlson PA** |
| 3.344  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.311__<br>☐ Schedule G _____<br>**William Steele** |
| 3.345  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.312__<br>☐ Schedule G _____<br>**William Steele Holdings LLC** |
| 3.346  **Hygea Holdings** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.313__<br>☐ Schedule G _____<br>**Withum, Smith & Brown PC** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Edward Kane Moffly, Jr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (If known) | **22-15156-AJC** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Manager** | |
| | Employer's name | **Moveo Technologies Corporation** | |
| | Employer's address | **95 Merrick Way Ste 514 Coral Gables, FL 33134-5310** | |
| | How long employed there? | **3 years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **9,166.67** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **9,166.67** | $ **N/A** |

Debtor 1 **Moffly, Edward Kane Jr.**                    Case number (if known) **22-15156-AJC**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **9,166.67** | $ **N/A** |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **2,214.56** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** | + $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $ **2,214.56**  $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ **6,952.11**  $ **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $ **0.00**  $ **N/A**

8b. **Interest and dividends**  8b.  $ **0.00**  $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $ **0.00**  $ **N/A**

8d. **Unemployment compensation**  8d.  $ **0.00**  $ **N/A**

8e. **Social Security**  8e.  $ **0.00**  $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:  8f.  $ **0.00**  $ **N/A**

8g. **Pension or retirement income**  8g.  $ **0.00**  $ **N/A**

8h. **Other monthly income.** Specify: _____  8h.+  $ **0.00**  + $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9.  $ **0.00**  $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.  10.  $ **6,952.11** + $ **N/A** = $ **6,952.11**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____  11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data,* if it applies  12.  $ **6,952.11**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:  **Plan to apply for social security benefits as soon as possible**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Edward Kane Moffly, Jr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (If known) | **22-15156-AJC** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.　　4. $     2,500.00

   If not included in line 4:

| 4a. | Real estate taxes | 4a. $ | 0.00 |
|---|---|---|---|
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1 __Moffly, Edward Kane Jr.__                    Case number (if known) __22-15156-AJC__

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 850.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 75.00 |
| 10. | **Personal care products and services** | | 10. $ | 80.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 390.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 238.00 |
| | 15c. | Vehicle insurance | 15c. $ | 200.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | 2,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| | **College Loan Payment** | | +$ | 238.00 |
| | **Time Share** | | +$ | 94.98 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 7,465.98 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 7,465.98 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 6,952.11 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 7,465.98 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -513.87 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Edward Kane Moffly, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number | **22-15156-AJC** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Edward Kane Moffly Jr.**                    X _____
**Edward Kane Moffly, Jr.**                              Signature of Debtor 2
Signature of Debtor 1

Date  **July 26, 2022**                                   Date _____

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    **Edward Kane Moffly, Jr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of Florida, Miami Division

Case number    **22-15156-AJC**
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income
**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* **(Official Form 122A-1Supp)** with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 |  |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ |  |  |
| Ordinary and necessary operating expenses | -$ _____ |  |  |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

|  | Debtor 1 |  |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ |  |  |
| Ordinary and necessary operating expenses | -$ _____ |  |  |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

Debtor 1    **Moffly, Edward Kane Jr.**                              Case number (*if known*)    **22-15156-AJC**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**    $ _____    $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ........................................................... $ _____

For your spouse .............................................. $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

_____    $ _____    $ _____
_____    $ _____    $ _____

Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ......................    **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b.    $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household.    13.    $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.    ☐    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
            Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.    ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
            Go to Part 3 and fill out Form 122A-2.

---

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Edward Kane Moffly Jr.**
_____
**Edward Kane Moffly, Jr.**
Signature of Debtor 1

Date    **July 26, 2022**
_____
MM / DD / YYYY

Official Form 122A-1                     Chapter 7 Statement of Your Current Monthly Income                     **page 2**

Debtor 1   **Moffly, Edward Kane Jr.**                                   Case number (*if known*)   **22-15156-AJC**

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1 **Edward Kane Moffly, Jr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida, Miami Division

Case number **22-15156-AJC**
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

**File this supplement together with** *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

**Part 1**     **Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

**Part 2:**     **Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Go to line 3.

        ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes.   Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Edward Kane Moffly, Jr.** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known) | **22-15156-AJC** |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7
12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Connexus Credit Union** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: **2011 Hydrasport Runabout** | | |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | ☐ No |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number *(if known)*    **22-15156-AJC**

Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

| Part 3: | Sign Below |
|---------|-----------|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X   **/s/ Edward Kane Moffly Jr.**                    X
    **Edward Kane Moffly, Jr.**                           Signature of Debtor 2
    Signature of Debtor 1

Date    **July 26, 2022**                            Date

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Edward Kane Moffly, Jr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number | 22-15156-AJC |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

☐  Married
■  Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

■  No
☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$64,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Moffly, Edward Kane Jr.**    Case number *(if known)*    **22-15156-AJC**

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2021 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $113,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $65,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
    ■ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☐ No
    ■ Yes. List all payments to an insider.

| **Insider's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Reason for this payment** |
|---|---|---|---|---|

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                    Case number *(if known)*    **22-15156-AJC**

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Aria Moffly**<br>**401 Redlands St**<br>**Playa del Rey, CA 90293-8035** | **12/25/21** | **$15,000.00** | **$20,000.00** | **College Expense / Child Support Note: Payment Returned to Debtor 06/29/22** |
| **Alex Moffly**<br>**3626 Van Ness St NW**<br>**Washington, DC 20008-3129** | **12/25/21** | **$15,000.00** | **$10,000.00** | **College Expense / Child Support Note: Payment Returned to Debtor 06/29/22** |
| **Evan Moffly**<br>**26 Seneca St**<br>**Trumansburg, NY 14886-9177** | **12/25/21** | **$15,000.00** | **$15,000.00** | **College Expense / Child Support Note: Payment Returned to Debtor 06/29/22** |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **RAUL TAMAYO, MIGUEL BURGOS, ESTATE OF CHARLES LEE BATSON, SR. v. DANIEL T. McGOWAN, MANUEL E. IGLESIAS, ET. AL.**<br>**2018-000006-CA-01** | **Contract & Indebtedness** | **Miami Dade Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **N5HYG, LLC v. HYGEA HOLDINGS CORP.**<br>**2:17-CV-02870-JCM-PAL** | | **United States Distrct Court, D. Nevada** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **N5HYG, LLC v. MANUEL IGLESIAS AND EDWARD MOFFLY**<br>**No. 83245** | **Appeal from Judgment 8th Judicial Circuit Clark County Nevada** | **Supreme Court State of Nevada** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **MANUEL IGLESIAS AND EDWARD MOFFLY v. EIGHTH JUDICIAL DISTRICT STATE OF NEVADA and HONORABLE NANCY L. ALFF**<br>**A-17-762664-B** | | **Supreme Court State of Nevad** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1  **Moffly, Edward Kane Jr.**                                                    Case number *(if known)*  **22-15156-AJC**

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you**

Debtor 1   **Moffly, Edward Kane Jr.**                                    Case number *(if known)*   **22-15156-AJC**

consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Lubell Rosen | | 06/30/2022 | $30,000.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1    **Moffly, Edward Kane Jr.**                                     Case number *(if known)*    **22-15156-AJC**

---

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor 1 | **Moffly, Edward Kane Jr.** | | Case number *(if known)* | **22-15156-AJC** |

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **All Care Management Services, Inc HYGEA**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: 73-1696484<br><br>From-To 02/19/2004-10/30/2020 |
| **Carewell Solutions, Inc. HYGEA**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: 20-4235035<br><br>From-To 02/01/2006-09/28/2018 |
| **Florida Group Healthcare, LLC HYGEA**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: 47-1057956<br><br>From-To 06/10/2014-10/30/2020 |
| **Gemini Healthcare Fund, LLC HYGEA**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: 46-3404928<br><br>From-To 2016-2019 |
| **Hygea Acquisitions Longwood, LLC**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: N/A<br><br>From-To 02/26/2014-10/30/2020 |
| **Hygea Health Holdings, Inc.**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: 27-2638926<br><br>From-To 12/25/2009-08/19/2020 |
| **Hygea Holdings Corp.**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: 30-0532605<br><br>From-To 09/09/2014-11/03/2020 |
| **Hygea IGP of Central Florida, Inc.**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: 81-3899453<br><br>From-To 07/07/2015-11/02/2020 |
| **Hygea IGP, LLC**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: N/A<br><br>From-To 03/11/2015-10/30/2020 |
| **Hygea of Miami Dade County**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: N/A<br><br>From-To 03/11/2015-09/28/2018 |
| **Hygea of North Miami Beach 1, LLC**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN: N/A<br><br>From-To 03/11/2015-09/28/2018 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                            Case number *(if known)*   **22-15156-AJC**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Hygea of North Miami Beach 2, LLC**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN:   **N/A**<br><br>From-To   **03/11/2015-09/28/2018** |
| **Hygea of Pembroke Pines, LLC**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN:   **N/A**<br><br>From-To   **03/11/2015-10/30/2020** |
| **Hygea Premium Acquisition, Inc.**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare<br><br>GEMRT CPAs | EIN:   **N/A**<br><br>From-To   **03/28/2017-10/30/2020** |
| **Mobile Clinic Services, LLC HYGEA**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare | EIN:   **45-5499758**<br><br>From-To   **06/10/2011-10/30/2020** |
| **Palm Allcare MSO, Inc. HYGEA**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare | EIN:   **81-3996956**<br><br>From-To   **09/15/2016-10/30/2020** |
| **Palm PGA MSO, LLC HYGEA**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare | EIN:   **81-3868468**<br><br>From-To   **09/15/2016-03/27/2020** |
| **Physicians Management Assoc EC HYGEA**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare | EIN:   **N/A**<br><br>From-To   **09/09/201-10/30/2020** |
| **Physicians Care Ctrs Orlando, LLC HYGEA**<br>1781 Park Center Dr Ste 120<br>Orlando, FL 32835-6254 | Healthcare | EIN:   **46-2563328**<br><br>From-To |
| **Physicians Care Ctrs Tampa Bay LLC HYGEA**<br>Ste 101<br>Tampa, FL 33607-6545 | Healthcare | EIN:   **90-0818144**<br><br>From-To   **04/01/2012-09/28/2018** |
| **Physicians Group Alliance, LLC HYGEA**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare | EIN:   **27-3577824**<br><br>From-To   **10/01/2020-10/08/2018** |
| **Hygea of Delaware, LLC**<br>150 S Pine Island Rd Ste 200<br>Fort Lauderdale, FL 33324-2695 | Healthcare | EIN:   **N/A**<br><br>From-To |
| **Miguel A. Burgos MD PA HYGEA**<br>7824 Lake Underhill Rd Ste B<br>Orlando, FL 32822-8201 | Healthcare | EIN:   **N/A**<br><br>From-To   **12/19/2016-09/28/2018** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor 1   **Moffly, Edward Kane Jr.**                                                 Case number *(if known)*   **22-15156-AJC**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Moveo, LLC**<br>**1200 Anastasia Ave Ste 225**<br>**Coral Gables, FL 33134-6364** | **GEMRT CPAs** | EIN:   **45-2088705**<br><br>From-To   **05/02/2011 - Jan 2021** |
| **Moveo Technologies Corporation**<br>**95 Merrick Way Ste 514**<br>**Coral Gables, FL 33134-5310** | **GEMRT CPAs** | EIN:   **85-4319752**<br><br>From-To   **12/11/2020-Present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Edward Kane Moffly Jr.
**Edward Kane Moffly, Jr.**                                        **Signature of Debtor 2**
**Signature of Debtor 1**

Date    07/26/2022                                        Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 2022 CINGroup - www.cincompass.com